# EXHIBIT A

# PREMIEROPINION TERMS OF SERVICE

**Exhibit A**

