# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
Mike Harris
Jeff Dunstan

**DEFENDANTS**
Comscore, Inc.

**(b) County of Residence of First Listed Plaintiff:** Cook County, IL
(EXCEPT IN U.S. PLAINTIFF CASES)

**County of Residence of First Listed Defendant:** Fairfax County, Virginia
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c) Attorney's (Firm Name, Address, and Telephone Number)**
Jay Edelson, William C. Gray, Ari J. Scharg, Christopher L. Dore
Edelson McGuire, LLC
350 North LaSalle, Suite 1300, Chicago, Illinois 60654

**Attorneys (If Known)**

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

## IV. NATURE OF SUIT
[X] 890 Other Statutory Actions

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Violations of: Stored Communications Act (18 U.S.C. 2701), Electronic Communications Privacy Act (18 U.S.C. 2510), etc.

## VII. PREVIOUS BANKRUPTCY MATTERS
(For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court. Use a separate attachment if necessary)

## VIII. REQUESTED IN COMPLAINT:
[X] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
JURY DEMAND: [X] Yes  [ ] No

**IX. This case** [X] is not a refiling of a previously dismissed action.
[ ] is a refiling of case number _____, previously dismissed by Judge _____

**DATE:** 8/23/2011
**SIGNATURE OF ATTORNEY OF RECORD:** /s/ Ari J. Scharg