IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MIKE HARRIS and JEFF DUNSTAN, Individually and on behalf of a class of similarly Situated individuals, | )<br>)<br>) |
| Plaintiff, | ) Case No. 1:11-5807 |
| v. | ) Hon. James F. Holderman |
| COMSCORE, INC., a Delaware corporation, | ) |
| Defendant. | ) |

## DEFENDANT'S MOTION TO DISMISS UNDER RULE 12(B)(3) OR, IN THE ALTERNATIVE, TO TRANSFER VENUE UNDER 28 U.S.C. § 1404(A)

Defendant comScore, Inc. ("comScore") by its undersigned counsel, and pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure, respectfully requests that this Court dismiss this action because Plaintiffs are subject to a mandatory forum selection clause that designates Virginia courts as the exclusive venue for Plaintiffs' claims. Alternatively, comScore respectfully requests, pursuant to 28 U.S.C. § 1404(a), that this Court transfer this action to the Eastern District of Virginia because it is a more convenient forum, and because Plaintiffs are subject to a mandatory forum selection clause that designates Virginia courts as the exclusive venue for Plaintiffs' claims. This Motion is based on this Notice of Motion and Motion, comScore's supporting Memorandum of Points and Authorities, the supporting declarations of John O'Toole and Ray Sardo filed concurrently herewith, and the court records and files in this Action.

WHEREFORE, comScore respectfully requests that this Court dismiss this action pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure, or transfer it to the Eastern District of Virginia pursuant to 28 U.S.C. § 1404(a).

1237087

Dated: September 28, 2011

>Respectfully submitted,
>
>COMSCORE, INC.
>
>
>By: /s/ Leonard E. Hudson
>      One of Its Attorneys

*Of counsel (pro hac vice applications pending):*

Michael G. Rhodes, rhodesmg@cooley.com
Whitty Somvichian, wsomvichian@cooley.com
Ray Sardo, rsardo@cooley.com
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000

*Local counsel*

David Z. Smith (ARDC #6256687)
Leonard E. Hudson (ARDC # 6293044)
REED SMITH LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: (312) 207-1000
Facsimile: (312) 207-6400

# CERTIFICATE OF SERVICE

The undersigned attorney certifies that he or she caused a copy of the foregoing document to be served on counsel listed below via the Court's CM/ECF online filing system this 28th day of September, 2011.

/s/     Leonard E. Hudson
*Attorney for Defendant comScore, Inc.*


TO:

Steven W. Teppler
William C. Gray
Ari J. Scharg
EDELSON MCGUIRE LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378
steppler@edelson.com
wgray@edelson.com
ascharg@edelson.com

*Attorneys for Plaintiff*
*MIKE HARRIS and the Putative Class*