IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MIKE HARRIS and JEFF DUNSTAN, Individually and on behalf of a class of similarly Situated individuals, <br><br>Plaintiffs,<br><br>v.<br><br>COMSCORE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 1:11-5807 |

## DEFENDANT'S DISCLOSURE STATEMENT

Defendant comScore, Inc. ("comScore") furnishes the following information pursuant to Federal Rule of Civil Procedure 7.1 and Local General Rule 3.2:

1. comScore has no parent corporation.

2. comScore has no publicly held affiliates.

Dated: September 28, 2011

RESPECTFULLY SUBMITTED

COMSCORE, INC.

By: /s/ Leonard E. Hudson
     Attorneys for Defendant

1236721 v2/SF

1

*Of counsel (pro hac vice applications pending):*

Michael G. Rhodes, rhodesmg@cooley.com
Whitty Somvichian, wsomvichian@cooley.com
Ray Sardo, rsardo@cooley.com
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000

*Local counsel:*

David Z. Smith (ARDC #6256687)
Leonard E. Hudson (ARDC #6293044)
REED SMITH LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: (312) 207-1000
Facsimile: (312) 207-6400

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that he or she caused a copy of the foregoing document to be served on counsel listed below via the Court's CM/ECF online filing system this 28th day of September, 2011.

/s/     Leonard E. Hudson
*Attorney for Defendant comScore, Inc.*

TO:

Steven W. Teppler
William C. Gray
Ari J. Scharg
EDELSON MCGUIRE LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax:  (312) 589-6378
steppler@edelson.com
wgray@edelson.com
ascharg@edelson.com

*Attorneys for Plaintiff
MIKE HARRIS and the Putative Class*