# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of
Dunstan et al v. comScore, Inc.

Case Number: 11-cv-05807

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiffs Jeff Dunstan and Mike Harris

| | |
|---|---|
| NAME (Type or print) <br> Jay Edelson | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Jay Edelson | |
| FIRM <br> Edelson McGuire, LLC | |
| STREET ADDRESS <br> 350 North LaSalle, Suite 1300 | |
| CITY/STATE/ZIP <br> Chicago, IL 60654 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6239287 | TELEPHONE NUMBER <br> 312-572-7211 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ✔ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ✔ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |