# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                              Case Number: 11-cv-05807
Dunstan et al v. comScore, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiffs Jeff Dunstan and Mike Harris

| |
|---|
| NAME (Type or print)<br>Jay Edelson |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Jay Edelson |
| FIRM<br>Edelson McGuire, LLC |
| STREET ADDRESS<br>350 North LaSalle, Suite 1300 |
| CITY/STATE/ZIP<br>Chicago, IL 60654 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6239287 | TELEPHONE NUMBER<br>312-572-7211 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✔ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐