**comSCORE.**

**Corporate Headquarters**
11950 Democracy Drive
Suite 600
Reston, VA 20190 USA

«Address»
Attn: «Point_of_Contact»

Dear «Addressee»,

  As you may have heard, comScore is the target of a class action lawsuit filed by a law firm in Chicago. The law suit relates to electronic privacy and the data we collect from our panelists. comScore's position is that this lawsuit is without merit, and we intend to vigorously defend ourselves.

  As part of this litigation, the Court has asked that we contact several of our business partners to make them aware of the pending litigation and to notify them of a requirement to institute a litigation hold on documents relating to comScore. As you have probably surmised, «Company_Name» is one of the companies for whom this litigation hold will apply. Under the hold, all potentially relevant documents must be kept in the manner in which they have been stored to date

  We wish we could give you more specifics regarding the breadth and depth of the litigation hold, but currently, the topics that may eventually be of interest are not clearly defined. So we will need to ask that the hold apply to any and all comScore related materials or data. And note that "document" in court cases includes all hard and electronic copies of any data, communications or files. In the event that we can narrow the scope of this hold, we will of course let you know.

  If you have any questions regarding this letter, please feel free to contact Tom Cushing, Deputy General Counsel for comScore, at tcushing@comscore.com or 703-438-2392.

            Sincerely,

            Christiana Lin
            General Counsel

Measuring the digital world.™                      www.comscore.com