IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MIKE HARRIS and JEFF DUNSTAN, Individually and on behalf of a class of similarly Situated individuals, <br><br> Plaintiff, <br><br> v. <br><br> COMSCORE, INC., a Delaware corporation, <br><br> Defendant. | Case No. 1:11-5807 <br><br> Hon. James F. Holderman |

## COMSCORE'S MOTION TO DISMISS UNDER RULES 12(B)(1) and 12(B)(6)

Defendant comScore, Inc. ("comScore") hereby moves pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure to dismiss this action in its entirety on the ground that: (1) Plaintiffs lack Article III standing and therefore subject matter jurisdiction is lacking pursuant to Rule 12(b)(1); and (2) Plaintiffs' Complaint fails to state a claim upon which relief may be granted, pursuant to Rule 12(b)(6). comScore respectfully submits that the Complaint should be dismissed with prejudice.

This motion is based on the concurrently-filed Memorandum of Law in support of comScore's Motion to Dismiss under Rules 12(b)(1) and 12(b)(6) and the Declaration of John O'Toole in Support Thereof.

comScore also requests that the Court hear oral argument on its Motion.

Dated: November 4, 2011

                                          Respectfully submitted,

                                          By: /s/ Whitty Somvichian
                                          Michael G. Rhodes,(*admitted pro hac vice*)
                                          Whitty Somvichian, (*admitted pro hac vice*)
                                          Ray Sardo,(*admitted pro hac vice*)
                                          COOLEY LLP
                                          101 California Street, 5th Floor
                                          San Francisco, CA 94111
                                          Telephone: (415) 693-2000
                                          rhodesmg@cooley.com
                                          wsomvichian@cooley.com
                                          rsardo@cooley.com

                                          David Z. Smith (ARDC #6256687)
                                          Leonard E. Hudson (ARDC # 6293044)
                                          REED SMITH LLP
                                          10 South Wacker Drive
                                          Chicago, IL 60606-7507
                                          Telephone: (312) 207-1000
                                          Facsimile: (312) 207-6400

                                          Attorneys for Defendant comScore, Inc.

## Certificate of Service

I hereby certify that on November 4, 2011, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notifications of such filings to the following:

**Attorneys for Plaintiffs**
Jay Edelson
William Charles Gray
Steven W. Teppler
Ari Jonathan Scharg
EDELSON McGUIRE, LLC
350 North LaSalle, Suite 1300
Chicago, Illinois 60654
Telephone :  (312)589-6370
jedelson@edelson.com
wgray@edelson.com
ascharg@edelson.com
steppler@edelson.com

    Respectfully submitted,

    By:  /s/ Whitty Somvichian
    Michael G. Rhodes,(*admitted pro hac vice*)
    Whitty Somvichian, (*admitted pro hac vice*)
    Ray Sardo,(*admitted pro hac vice*)
    COOLEY LLP
    101 California Street, 5th Floor
    San Francisco, CA  94111
    Telephone: (415) 693-2000
    mrhodesmg@cooley.com
    wsomvichian@cooley.com
    rsardo@cooley.com

    David Z. Smith (ARDC #6256687)
    Leonard E. Hudson (ARDC # 6293044)
    REED SMITH LLP
    10 South Wacker Drive
    Chicago, IL  60606-7507
    Telephone: (312) 207-1000
    Facsimile:  (312) 207-6400

    Attorneys for Defendant comScore, Inc.

1241005/SF