Jeff Dunstan, et al.

                Plaintiff,

v.

comScore, Inc.

                Defendant.

Case No.: 1:11−cv−05807
Honorable James F. Holderman

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 15, 2011:

      MINUTE entry before Honorable James F. Holderman: Motion hearing held on 11/15/2011. Defendant's motion to dismiss under Rule 12(B)(1) and Rule 12(B)(6) [39] is denied. Defendant's motion for leave to file brief in excess of page limit [42] is granted. Plaintiffs' motion to strike defendant Comscore, Inc's motion to dismiss under Rules 12(b)(1) and 12 (b)(6) [43] is granted. Defendant is given until 12/13/2011 to answer the complaint. Parties are to meet and prepare joint Form 52 for filing by 12/15/2011. Status hearing is set for 12/20/2011 at 9:00 AM for entry of scheduling order. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.