In the United States District Court
for the Northern District of Illinois
Eastern Division

| | | |
|---|---|---|
| MIKE HARRIS, et al., | ) | |
| | ) | No. 11 C 5807 |
| Plaintiffs, | ) | |
| vs. | ) | Judge James F. Holderman |
| | ) | |
| COMSCORE, INC., | ) | Magistrate Judge Young B. Kim |
| | ) | |
| Defendant. | ) | |

## JOINT MOTION FOR ENTRY OF
## STIPULATED PROTECTIVE ORDER

Now come Plaintiffs, by their counsel, and Defendant by its counsel, and jointly move this Honorable Court for entry of their "Stipulated Protective Order Regarding Confidentiality of Discovery Materials," which is attached hereto as Exhibit A.

RESPECTFULLY SUBMITTED,

/s/ Chandler Givens
Jay Edelson
Ari J. Scharg
Chandler R. Givens
Edelson McGuire LLC
Suite 1300
350 North LaSalle Street
Chicago, IL 60654
Tel: 312-589-6370

Attorneys for Plaintiffs
and the putative class

/s/Paul F. Stack
Stack & O'Connor Chartered
Suite 411
140 South Dearborn Street
Chicago, IL 60603
312-782-0690

One of the attorneys for the Defendant

.