**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MIKE HARRIS and JEFF DUNSTAN, individually and on behalf of a class of similarly situated individuals<br><br>Plaintiff,<br><br>v.<br><br>COMSCORE, INC., a Delaware corporation<br><br>Defendant. | CASE NO. 1:11-cv-5807<br><br>Judge Holderman<br><br>Magistrate Judge Kim |

**COMSCORE'S MOTION TO COMPEL PLAINTIFFS TO PRODUCE
DOCUMENTS AND THINGS**

Pursuant to Rule 37(a) of the Federal Rules of Civil Procedure, comScore, Inc. ("comScore") respectfully moves this Court to compel Plaintiffs Mike Harris and Jeff Dunstan ("Plaintiffs") to produce documents and things in response to comScore's First Set of Requests for Production of Documents. comScore seeks an order compelling Plaintiffs to produce for inspection the computer or computers that Plaintiffs contend were affected by comScore software. In support thereof, comScore submits the accompanying Memorandum and exhibits thereto. This motion is made after counsel for comScore and Plaintiffs' counsel engaged in a meet and confer teleconference on April 25, 2012 at 2:00 P.M. and after the parties exchanged correspondence. Despite comScore's good faith attempt to obtain Plaintiffs' outstanding production without recourse to this Court, it has been unable to do so.

DATED:  May 4, 2012  QUINN EMANUEL URQUHART & SULLIVAN, LLP

   _/s/ Andrew H. Schapiro____
Andrew H. Schapiro
andrewschapiro@quinnemanuel.com
Stephen Swedlow
stephenswedlow@quinnemanuel.com
Robyn Bowland
robynbowland@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
500 West Madison Street, Suite 2450
Chicago, Illinois  60661
Telephone:  (312) 705-7400
Facsimile:   (312) 705-7499

Paul F. Stack
pstack@stacklaw.com
Mark William Wallin
mwallin@stacklaw.com
Stack & O'Connor Chartered
140 South Dearborn Street
Suite 411
Chicago, IL  60603
Telephone:  (312) 782-0690
Facsimile:  (312) 782-0936

*Attorneys for Defendant comScore, Inc.*