IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MIKE HARRIS and JEFF DUNSTAN, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>COMSCORE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 1:11-5807<br><br>Mag. Young B. Kim |

**STIPULATION TO ALLOW DEFENDANT COMSCORE, INC.
TO WITHDRAW ITS MOTION TO COMPEL WITHOUT PREJUDICE**

Plaintiff Mike Harris and Jeff Dunstan ("Plaintiffs") and Defendant comScore, Inc. ("comScore") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to allow Defendant to withdraw its pending Motion to Compel (Dkt. No. 103) without prejudice. In support of the instant stipulation, the Parties state as follows:

**WHEREAS**, on May 4, 2012, Defendant filed a Motion to Compel, which sought the production of Plaintiffs' computers. (Dkt. No. 103);

**WHEREAS**, since the filing of that motion, the Parties have reached an agreement on certain issues raised by the Motion to Compel and are endeavoring to come to agreement on the remaining issues;

**WHEREAS**, in order to conserve the resources of the Parties and the Court, Plaintiffs have agreed to allow comScore to withdraw its pending Motion to Compel without prejudice and further agree that, if comScore ultimately decides to re-file its Motion to Compel the production of Plaintiffs' computers, Plaintiffs will not raise an objection based upon timeliness.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between

1

the Parties as follows:

1. Defendant comScore, Inc.'s pending Motion to Compel is withdrawn without prejudice.

2. In the event comScore re-files its Motion to Compel the production of Plaintiffs' computers, Plaintiffs agree to not raise an objection based on timeliness.

Respectfully submitted,

Dated: May 18, 2012  **MIKE HARRIS AND JEFF DUNSTAN,**

By: /s/ Ari J. Scharg
　　　One of Plaintiffs' Attorneys

Jay Edelson
Rafey S. Balabanian
Ari J. Scharg
Chandler R. Givens
EDELSON MCGUIRE LLC
350 North LaSalle, Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370
jedelson@edelson.com
rbalabanian@edelson.com
ascharg@edelson.com
cgivens@edelson.com

Dated: May 18, 2012  **COMSCORE, INC.**

By: /s/ Stephen Swedlow
　　　One of Defendant's Attorneys

Stephen Swedlow
Andrew H. Schapiro
Amanda Williamson
Robyn Bowland
Quinn Emanuel Urquhart & Sullivan, LLP
500 West Madison St., Suite 2450
Chicago, Illinois 60661
andrewschapiro@quinnemanuel.com
stephenswedlow@quinnemanuel.com
amandawilliamson@quinnemanuel.com
robynbowland@quinnemanuel.com

Paul F. Stack
Mark William Wallin
Stack & O'Connor Chartered
140 South Dearborn Street
Suite 411
Chicago, IL  60603
Telephone:  (312) 782-0690
Facsimile:  (312) 782-0936
pstack@stacklaw.com
mwallin@stacklaw.com