## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | Young B. Kim |
|---|---|---|---|
| **CASE NUMBER** | 11 C 5807 | **DATE** | July 5, 2012 |
| **CASE TITLE** | Harris et al vs. comScore, Inc. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiffs' motion to compel comScore, Inc. to respond to written discovery [104] is granted in part and denied in part. For the reasons stated in open court, the motion is granted to the extent that Defendant must conduct an exhaustive search to complete its response to Interrogatory ## 16 and 17, for the time period covering August 23, 2008, to August 23, 2011. Defendant must provide its supplemental response to Plaintiffs by July 20, 2012. The motion is denied as to Interrogatory ## 8 and 13 and Request for Production of Documents # 34 for the reasons stated in open court. The motion is also denied as to Plaintiffs' request for an order requiring Defendant to organize and label its document production because the court finds that Defendant's production to be in compliance with Rule 34. A status hearing is scheduled for July 26, 2012, at 11:00 a.m.

Notices mailed by Judicial staff.

00:35

| | | Courtroom Deputy Initials: | ma |
|---|---|---|---|