# **EXHIBIT A**



ENGLISH    LOGIN

ABOUT YOU    PRODUCTS    INDUSTRIES    INSIGHTS    CAREERS    ABOUT US

Search

ABOUT US /

## comScore Fact Sheet

CONTACT US

COMSCORE FACT SHEET

comScore is a leading internet technology company that provides Analytics for a Digital World™.

comScore measures what people do as they navigate the digital world – and turns that information into insights and actions for our clients to maximize the value of their digital investments. comScore was founded in 1999 by President and CEO Magid Abraham and Chairman Gian Fulgoni and became a public company in June 2007.

| | |
|---|---|
| **NASDAQ** | SCOR |
| **Clients** | 2,100+ Worldwide |
| **Employees** | 1,000+ |
| **Headquarters** | Reston, Virginia, USA |
| **Global Coverage** | Measurement from 172 Countries; 44 Markets Reported |
| **Local Presence** | 32 Locations in 23 Countries |
| **Big Data** | Well over 1.5 Trillion interactions captured monthly; equal to almost 40% of the monthly page views of the entire internet |
| **Website** | www.comscore.com |

YOU ARE HERE: HOME > ABOUT US > COMSCORE FACT SHEET

| ABOUT YOU | PRODUCTS | INDUSTRIES | INSIGHTS | CAREERS | ABOUT US |
|---|---|---|---|---|---|
| Agency | Audience Analytics | Agencies | Press Releases | Job Opportunities | comScore Fact Sheet |
| Enterprise | Advertising Analytics | CPG | Presentations & Whitepapers | Life at comScore | Privacy |
| Publisher | Digital Business Analytics | Education | Blog | Message from the CEO | Investor Relations |
| Network Operator | Mobile Operator Analytics | Energy | Videos | Campus Recruiting | Media Kit |
| | Product Index | Financial Services | comScore Data Mine | | Management |
| | | Government | Events & Webinars | | Patents |
| | | Healthcare | Academy | | Locations |
| | | Manufacturing | Join Our Email List | | |
| | | Media | Stay Connected | | |
| | | Pharmaceutical | | | |
| | | Professional Services | | | |
| | | Retail | | | |
| | | Technology | | | |
| | | Telecommunications | | | |
| | | Travel | | | |

Privacy Policy - © 2013 comScore, Inc.

Stay connected    Have Questions?    CONTACT US