# EXHIBIT C

# PARTIALLY FILED UNDER SEAL

1

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

MIKE HARRIS and JEFF DUNSTAN, )
individually and on behalf of )
a class of similarly situated )
individuals, )
                                        )
         Plaintiffs, )
   vs. ) Case No. 1:11-5807
                                        )
COMSCORE, INC., a Delaware )
corporation, )
                                        )
         Defendant. )

*** CONFIDENTIAL -- ATTORNEYS' EYES ONLY ***

        The 30(b)(6) deposition of COMSCORE, INC. by MICHAEL BROWN, called for examination, taken pursuant to the Federal Rules of Civil Procedure of the United States District Courts pertaining to the taking of depositions, taken before JENNIFER L. WIESCH, CSR No. 84-4528, a Notary Public within and for the County of Will, State of Illinois, and a Certified Shorthand Reporter of said state, at 350 North LaSalle Street, Suite 1300, Chicago, Illinois, on the 15th day of August, A.D. 2012, at 9:36 a.m.

Job No: 26674

MICHAEL BROWN - CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Page 2

```
 1   A P P E A R A N C E S:
 2   On behalf of Plaintiffs:
 3      EDELSON McGUIRE, LLC
 4      350 North LaSalle, Suite 1300
 5      Chicago, Illinois 60654
 6      BY: RAFEY S. BALABANIAN, ESQ.
 7         rbalabanian@edelson.com
 8         CHANDLER GIVENS, ESQ.
 9         cgivens@edelson.com
10         BEN THOMASSEN, ESQ.
11         bthomassen@edelson.com
12
13   On behalf of Defendant:
14      QUINN EMANUEL URQUHART & SULLIVAN, LLP
15      500 West Madison Street, Suite 2450
16      Chicago, Illinois 60661
17      312-705-7400
18      BY: ANDREW SCHAPIRO, ESQ.
19         andyschapiro@quinnemanuel.com
20         ROBYN M. BOWLAND, ESQ.
21         robynbowland@quinnemanuel.com
22
     ALSO PRESENT:
23      MR. THOMAS S. CUSHING III,
           comScore Deputy General Counsel and
24         Privacy Officer;
25      MR. AMIR MISSAGHI, Summer Associate.
```

## Page 3

```
            I N D E X
Examination                              Page
MICHAEL BROWN
  Examination By Mr. Balabanian            5

            E X H I B I T S
Number    Description                    Page
Brown Exhibit
Exhibit 1   comScore, Inc. vs. The Nielsen   14
            Company (US), LLC and NetRatings,
            LLC, Defendants' Brief in
            Opposition to Plaintiff comScore's
            Motion for Proposed Claim
            Constructions and Partial Summary
            Judgment of Infringement, 39 pages
Exhibit 2   Harris & Dunstan vs. comScore,   21
            Inc., Plaintiffs' Revised Notice
            of Rule 30(b)(6) Deposition of
            Defendant comScore, Inc., 6 pages
Exhibit 3   comScore Software Distribution   98
            Program Software Bundle Guidelines
            For New Partner, Bates Nos.
            CS0016693 through CS0016705
Exhibit 4   Exhibit A, PremierOpinion Terms of  116
            Service, 2 pages
Exhibit 5   XML file containing different    127
            pieces of the Terms of Service or
            URL agreement for multiple brands
            in multiple languages, 24 pages
Exhibit 6   Various contents, Bates Nos.     163
            CS0015891 through CS0016005
Exhibit 7   comScore Ticket No. 22, Bates No. 203
            CS0016053
Exhibit 8   comScore Ticket No. 180, Bates No. 212
```

## Page 4

```
       I N D E X (Continued)
       E X H I B I T S (Continued)
Number    Description                    Page
Brown Exhibit
Exhibit 9   comScore PermissionResearch     227
            Registration Flow, July 2009,
            Bates Nos. CS0016680 through
            CS0016692

Exhibit 10  Changes to avoid false AV       231
            detection, Created: Jul 21, 2011,
            3 pages

Exhibit 11  comScore Ticket No. 271, Bates No. 233
            CS0016504
Exhibit 12  comScore Ticket No. 277, Bates No. 236
            CS0016515

                  * * *
```

## Page 5

MICHAEL BROWN

(WHEREUPON, the witness was duly sworn.)

MR. BALABANIAN: This is the deposition and oral examination of defendant comScore's witness designated under Federal Rule of Civil Procedure 30(b)(6), pursuant to notice and continued by agreement of the parties.

MICHAEL BROWN, called as a witness herein, having been first duly sworn, was examined and testified as follows:

EXAMINATION
BY MR. BALABANIAN:

Q. I'd like to go over a few ground rules, Mr. Brown. My name is Rafey Balabanian. I am an attorney for plaintiffs, Mike Harris and Jeff Dunstan. I'm joined to my left with Ben Thomassen, who's also an attorney for plaintiffs, and Chandler Givens sitting next to Ben, another attorney, and then my summer associate, Amir Missaghi.

I just want to talk about a couple ground rules before we get into the questioning and whatnot. Have you ever been deposed before?

A. I have.

Q. Okay. So I need verbal answers from you.

MICHAEL BROWN - CONFIDENTIAL - ATTORNEYS' EYES ONLY

                                                    62
1        MICHAEL BROWN
2    Q.  So I thought just a second ago that you
3  said that the software upgrade that superseded
4  NSCheck came about in 2003.  Can you reconcile the
5  two?
6    A.  Sure.
7    Q.  Please do so.
8    A.  Okay.  The functionality of NSCheck was
9  incorporated into OSSProxy in 2003.  Is that more
10 clear, sir?
11   Q.  Uh-huh.  So in 2001, is it correct to say
12 that panelists were given the option of upgrading to
13 OSSProxy from NSCheck?
14   A.  No.
15   Q.  Why would that be inaccurate?
16   A.  I believe the question you asked me
17 was -- the first one was the first version of
18 OSSProxy, and that was in 2001.  We didn't -- it
19 wasn't installed at that point to panelists in that
20 year.
21   Q.  Okay.  When was the first -- withdrawn.
22       When did OSSProxy first get installed in
23 panelists' systems?
24   A.  That was in 2002.
25   Q.  So there was a test phase of OSSProxy



DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585

MICHAEL BROWN - CONFIDENTIAL - ATTORNEYS' EYES ONLY



DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585



MICHAEL BROWN - CONFIDENTIAL - ATTORNEYS' EYES ONLY



DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 (212)705-8585

Case: 1:11-cv-05807 Document #: 176-3 Filed: 02/26/13 Page 8 of 20 PageID #:2655

**106**

1  MICHAEL BROWN
2  Q. -- subsidiaries -- go ahead.
3  A. The wording you're using is not the same
4  words I would use. There is registration sites that
5  execute QA's prescribed process --
6  Q. Okay.
7  A. -- if things have been completed, as in
8  the viewing of the terms of service, some of the
9  privacy disclosures, even for any information that's
10 captured about like, for example, their name,
11 address, those all have to happen -- those are
12 all -- happen, and the disclosure happens first.
13 After that is completed, then the install the
14 software is driven through the web page to install
15 in a machine, similar in the manner of how you would
16 install the Google toolbar off of its website.
17 Q. And do you know who -- which websites
18 allow for direct registration like you just talked
19 about?
20 A. If we walk through that list of the ones
21 you enumerated earlier, I could tell you which ones
22 are which.
23 Q. RelevantKnowledge?
24 A. No.
25 Q. OpinionSquare?



(Pages 107, 108, 109 — redacted)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 (212)705-8585

MICHAEL BROWN - CONFIDENTIAL - ATTORNEYS' EYES ONLY



DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585



MICHAEL BROWN - CONFIDENTIAL - ATTORNEYS' EYES ONLY

134

1  **MICHAEL BROWN**
2  program?
3      MR. SCHAPIRO: Objection, calls for a legal
4  conclusion.
5  BY MR. BALABANIAN:
6      **Q. Well, if you -- and I wasn't asking a**
7  **question. You testified earlier that it governs**
8  **that. Do you know if there's any other terms of**
9  **service out there that would somehow govern that**
10 **relationship?**
11     A. It would be this that --
12     **Q. This is the --**
13     A. -- describe -- this is the entirety
14 from --
15     **Q. Okay. So there's no other terms of**
16 **service that comScore would say applies or that the**
17 **subsidiaries can say applies, these are them?**
18     A. That is correct.
19     **Q. It might be an obvious question --**
20     A. I'm just trying to answer your question,
21 sir.
22     **Q. I want to talk about the -- what**
23 **information is collected as set forth in these**
24 **terms.**
25     A. Okay.



DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 (212)705-8585

MICHAEL BROWN - CONFIDENTIAL - ATTORNEYS' EYES ONLY



DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 (212)705-8585

MICHAEL BROWN - CONFIDENTIAL - ATTORNEYS' EYES ONLY



DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 (212)705-8585

MICHAEL BROWN - CONFIDENTIAL - ATTORNEYS' EYES ONLY



186

187

188

```
 1              MICHAEL BROWN
 2   the representation of the date the data was
 3   received.
 4        Q.  Okay.
 5        A.  Other things you'll see is -- the very
 6   top, you'll see a unique hash of track information.
 7   We take the name of the trunk and information about
 8   it, we run it through an MD5 hash algorithm to
 9   create the unique ID for it.
10        Q.  And do you parse where the track came
11   from; i.e., the device that it came from?
12        A.  The kind -- if you look at the column of
13   Kind, the column named Kind indicates the location
14   of that track.
15        Q.  Okay.  So if that -- if that track were
16   on an iPod, it would identify that location?
17        A.  That is correct.
18        Q.  Okay.  Can you flip to Bates No. 15923 in
19   Brown Exhibit 6.
20        A.  Yes.
21        Q.  You see in the middle of the page where
22   it says "OSSProxy Rules"?
23        A.  Yes.
24        Q.  Can you just describe for me generally
25   what is meant by OSSProxy Rules?
```

189

```
 1              MICHAEL BROWN
 2        A.  The software project OSSProxy, also
 3   MacMeter, is designed to reference configuration
 4   information from a remote re -- my tongue is just
 5   losing -- remote locate -- remote resource like a
 6   URL, so the information and -- of the types of
 7   things we want to do or collect can be configured
 8   and adjusted quickly without requiring a new version
 9   of the software to be deployed.
10        Q.  Well, first, the rules, is that another
11   way of saying instructions, instructions to the
12   software?
13        A.  I don't think it's really -- like in my
14   personal opinion from the computer science
15   definition of things, I think the rules are more
16   like definitions or lists --
17        Q.  Okay.
18        A.  -- versus instructions.  There's --
19   instructions to me indicates something that like has
20   an if-then conditional, and these do not have
21   embedded in that if-then conditional type of things.
22        Q.  Do you see in the written text under
23   OSSProxy slash CProxy Rules, there is two paragraphs
24   right under that subheading?  Do you see that?
25        A.  I do.
```

48 (Pages 186 to 189)

MICHAEL BROWN - CONFIDENTIAL - ATTORNEYS' EYES ONLY



DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585

MICHAEL BROWN - CONFIDENTIAL - ATTORNEYS' EYES ONLY

### Page 194

```
 1              MICHAEL BROWN
 2   explain why the rule would be outdated because now
 3   traffic is no longer routed to comScore's proxy
 4   servers?
 5       A.  It's outdated because we no longer use
 6   proxy servers, so, therefore, there's no need to
 7   route traffic to proxy servers.
 8       Q.  When did comScore stop using proxy
 9   servers?
10       A.  2005.
11       Q.  Why did it stop?
12       A.  We decided to upgrade the functionality
13   of our software to no longer require using proxy
14   servers.
15       Q.  What's a proxy server?
16       A.  Proxy server is a piece of software that
17   runs on a set of servers that receives requests from
18   clients; in our case, panelists receive that request
19   and initiate a new request on behalf of that
20   requester to a target server; that data is then
21   returned back to that proxy server, and that data is
22   then sent from that proxy server to the respective
23   client.
24       Q.  It's like an intermediary server?
25       A.  Correct.  It is acting as an
```

### Page 195

```
 1              MICHAEL BROWN
 2   intermediary.
 3       Q.  So now is the -- is the data just
 4   directly sent to comScore's servers instead of
 5   routed through a proxy server?
 6       A.  In the case of the proxy server, all --
 7   all -- give me a second.  I'm trying to think of the
 8   best way to explain this.  Data would be routed
 9   selectively to our proxy servers, and when we are
10   operating with proxy servers prior, including and
11   prior to 2005.  With the CProxy running 100 percent
12   locally, the rules are executed locally on the
13   panelist's computer, so the information of interest
14   gets sent to comScore's servers.
15       Q.  From the panelist's computer?
16       A.  From the panelist's computer, correct.
17       Q.  Okay.  Can you turn your attention to
18   kind of halfway down the page where it says XPF.
19       A.  Yes.
20       Q.  Do you know what XPF is?
21       A.  I know what XPF is in relation to this
22   document, and specifically within this section of
23   the document.
24       Q.  Okay.  Can you explain it to me --
25       A.  Sure.
```



(Pages 196–197 redacted)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585

MICHAEL BROWN - CONFIDENTIAL - ATTORNEYS' EYES ONLY



DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585

MICHAEL BROWN - CONFIDENTIAL - ATTORNEYS' EYES ONLY



DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 (212)705-8585

MICHAEL BROWN - CONFIDENTIAL - ATTORNEYS' EYES ONLY

218

MICHAEL BROWN
of information.  You have to look for two pieces to
see if that DLL is valid; it has to be present and
registered.
    THE WITNESS:  If you guys don't mind, I'd like
to take a break when there's an opportune time.  I
know you're in the vain here, not urgent, I'd just
like to --
    MR. BALABANIAN:  Yeah, we're just -- I'm
afraid I'm finishing.  Let's take one now.  How
about five minutes.
    (WHEREUPON, a recess was had from
    3:59 p.m. to 4:06 p.m.)
BY MR. BALABANIAN:
    **Q.  Why does comScore fuzzify data?  Why does it collect fuzzified data?  Why doesn't it just not collect the data at all?**
    A.  You've got a couple questions in there.
Do you want to break it down into a couple --
    **Q.  Yeah.**
    A.  We can take it one by one if you wish.
    **Q.  Yeah.  Why does it collect fuzzified data?**
    A.  We collect fuzzified data because we
don't want to collect data that would be harmful or

219

MICHAEL BROWN
identify who that panelist is, you know.  The last
thing we want to have is a list of credit card
numbers from panelists.  That's an exposure for the
panelist and exposure for us.
    **Q.  It's important to filter the information?**
    A.  In this case, we're not talking about
filtering the information, we're talking about
changing the information.  So in this case, with
respect to this, we're changing the information in a
one-way manner that's not reversible; that is the
goal of fuzzification.
    **Q.  Filtering and fuzzifying are two different things?**
    A.  In my opinion, filtering and fuzzifying
are two different things.
    **Q.  Filtering is just not accepting the data at all, right?**
    A.  That is one possible -- that is one
possible interpretation of the word filter.
    **Q.  Can you flip to 15930, Mr. Brown?**
    A.  Yes, I am there.  Is there a particular
section?
    **Q.  Actually, 15929 is where I'd like you to start, sorry, in the very bottom.  I'm looking at**



[Pages 220 and 221 redacted]

Case: 1:11-cv-05807 Document #: 176-3 Filed: 02/26/13 Page 20 of 20 PageID #:2667

MICHAEL BROWN - CONFIDENTIAL - ATTORNEYS' EYES ONLY



DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585