# EXHIBIT G

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MIKE HARRIS and JEFF DUNSTAN,           )
individually and on behalf of a         )
class of similarly situated             )
individuals,                            )
                                        )
         Plaintiffs,                    )
                                        )
   -vs-                                 ) No. 1:11-cv-5807
                                        )
COMSCORE, INC., a Delaware              ) Judge Holderman
corporation,                            )
                                        )
                                        ) Magistrate Judge
                                        ) Kim
         Defendant.                     )
_____)

The deposition of ROBERTO TAMASSIA, Ph.D., called by the Plaintiffs for examination, pursuant to notice and pursuant to the Federal Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, taken before Emily R. Pellegrino, Certified Shorthand Reporter and Notary Public within and for the County of Cook and State of Illinois, at 350 North LaSalle Street, 13th Floor, Chicago, Illinois, commencing at the hour of 9:29 a.m. on the 14th day of December, A.D., 2012.

## Page 2

APPEARANCES:

    EDELSON MCGUIRE, LLC, By
    MR. CHANDLER GIVENS and
    MR. BEN THOMASSEN
    350 North LaSalle Street, 13th Floor
    (312) 589-6370
    (312) 589-6378 (Facsimile)
    cgivens@edelson.com
    bthomassen@edelson.com

        On behalf of the Plaintiffs;

    QUINN, EMANUEL, URQUHART & SULLIVAN, LLP, By
    MR. STEPHEN A. SWEDLOW and
    MS. ROBYN M. BOWLAND
    500 West Madison Street, Suite 2450
    Chicago, Illinois 60661
    (312) 705-7400
    (312) 705-7401 (Facsimile)
    stephenswedlow@quinnemanuel.com
    robynbowland@quinnemanuel.com

        and

    STACK & O'CONNOR, Chtd., By
    MR. PAUL F. STACK
    140 South Dearborn Street, Suite 411
    Chicago, Illinois 60603
    (312) 782-0690
    (312) 782-0936 (Facsimile)
    pstack@stacklaw.com

        and

    MR. THOMAS S. CUSHING, III
    11950 Democracy Drive, Suite 600
    Reston, Virginia, 20190
    (703) 438-2392
    (703) 438-2350 (Facsimile)
    tcushing@comscore.com
        On behalf of the Defendant.

ALSO PRESENT:
    Mr. Amir Missaghi

## Page 3

I N D E X

WITNESS              EXAMINATION

ROBERTO TAMASSIA, Ph.D.

  By Mr. Givens      4

E X H I B I T S

TAMASSIA
DEPOSITION EXHIBIT      MARKED FOR ID
  No. 1        4
  No. 2        76
  No. 3        79
  No. 4        81
  No. 5        83

## Page 4

        (Witness duly sworn.)
        ROBERTO TAMASSIA, Ph.D.,
called as a witness herein, having been first duly
sworn, was examined and testified as follows:
        EXAMINATION
BY MR. GIVENS:
  Q.  Good morning, Roberto.
  A.  Hi.
  Q.  My name is Chandler Givens, this is my colleague Ben Thomassen, and one of our law clerks Amir Missaghi who's sitting in today.
  A.  Okay.
  Q.  I read in your expert report that you haven't testified at deposition or trial in the past four yours. Have you ever sat for a deposition before?
  A.  I have never sat for a deposition.
  Q.  Okay. So I'm going to layout some ground rules just to help you understand what's going on here.
  A.  Sure.
  Q.  Everything you say is on the record today, so I need you to give verbal answers. So if you nod your head or shrug your shoulders or point a finger

## Page 5

at me, she's not going to be able to pick this up.
  A.  Okay.
  Q.  So that's one. The second thing is if you don't understand one of the questions that I'm asking you, just ask for a clarification, that's fine. But if you don't, then I'm going to assume you understand the question. Your counsel Stephen might object, but you are required to answer unless he instructs you otherwise.
        Are you on any medications, substances, or do you have any health issues that might prevent you from understanding the questions that I'm going to ask you today and responding?
  A.  No.
        (Whereupon, Tamassia Deposition
        Exhibit No. 1 was marked for
        identification, ERP.)
BY MR. GIVENS:
  Q.  Let's begin here. I'm handing you what has been marked as Tamassia Exhibit 1 which is your expert report. You'll be familiar with it.
  A.  Yes.
  Q.  Do you recognize this document?
  A.  Yes. Right.

Page 42

 1        MR. SWEDLOW: Objection, vague.
 2        You can answer.
 3        THE WITNESS: I would like to speak about
 4   the computer user that is identified in the ULA.
 5   Installation process requires the users to be an
 6   administrator of the ULA. Administrator with
 7   computer has knowledge about installation of programs
 8   and installation of program settings. I believe that
 9   a user who's an administrator of a computer should be
10   able to understand exactly what is the meaning of, so
11   what is the operation of the software.
12   BY MR. GIVENS:
13     Q.  So a general user then?
14     A.  A general user who is an administrator.
15     Q.  What do you mean by administrator?
16     A.  Administrator is a user who has certain
17   privilege rights with respect to installing programs,
18   reviewing programs, and viewing and modifying
19   settings on a computer.
20     Q.  Give me an example of an administrator.
21     A.  I'm not sure I understand the question when
22   you say example of administrator. I am an example of
23   an administrator, for example. I don't know if that
24   is your question.

Page 43

 1     Q.  Can any consumer be an administrator on
 2   their computer?
 3     A.  Are you asking whether any person or -- what
 4   do you mean by consumer here?
 5     Q.  Any person, yes.
 6     A.  Okay. So not every person on this planet
 7   will have the basic understanding of how a computer
 8   works to be an administrator. So there is some basic
 9   computer skills that are needed in order to be an
10   administrator. Do you want me to elaborate more on
11   this?
12     Q.  I'd love for you to elaborate a little bit.
13     A.  Well, what I can say is that computer
14   literacy is growing worldwide, especially in the
15   United States, and so a good fraction of the
16   population is likely to have skills of computer
17   administrator.
18     Q.  Is every user who installs comScore software
19   an administrator?
20     A.  Yes. The software is set up so that if the
21   user logged into the machine is not an administrator,
22   then the installation will not proceed.
23     Q.  What happened during the demonstration when
24   Yvonne clicked no when she was showing you how the

Page 44

 1   software was installed?
 2        MR. SWEDLOW: Can you read that question
 3   back because I wasn't paying attention?
 4           (Whereupon, the record was
 5            read as requested.)
 6        MR. SWEDLOW: I'll object as vague. There
 7   is no "no." Do you want to rephrase that question?
 8        MR. GIVENS: I don't want to rephrase the
 9   question.
10        MR. SWEDLOW: It doesn't make any sense
11   then.
12        THE WITNESS: Can I ask clarification of the
13   meaning by what happens? What do you mean by what
14   happens?
15   BY MR. GIVENS:
16     Q.  In your report you write, if a user selects
17   "no" when presented with a dialog box requesting
18   acceptance of the disclosures and ULA, the comScore
19   installation process does not run. During the
20   demonstration, did Yvonne Bigbee click no?
21     A.  Now I can answer your question? Okay. I
22   asked to see both what happens when the user agrees
23   and accepts and when the user disagrees and does not
24   accept, and I saw in the administration that when the

Page 45

 1   user does not accept does not agree, the comScore
 2   portion of the software is not installed but the user
 3   will still be able to install the other software that
 4   was bundled together with the comScore software which
 5   was the original software that the user attempted to
 6   download.
 7     Q.  During the demonstration, was there only one
 8   type of bundled software used?
 9     A.  Yes. In the demonstration, there was only
10   one type of bundled software.
11     Q.  Let's move to the operation section of your
12   report.
13     A.  Yes.
14     Q.  The basis for this whole section is the
15   demonstration that was given to you at Reston,
16   Virginia; is that correct?
17     A.  Yes.
18     Q.  Can you explain a few ways that a panelist
19   will be able to determine that comScore software is
20   running on their computer?
21     A.  Are you referring with the word "panelist"
22   to a user who has installed the comScore software?
23     Q.  Yes.
24     A.  There are various reasons, multiple reasons

Page 46

```
 1   that will make such -- panelist as copious user to be
 2   fully aware that the software is fine.  So first of
 3   all, this panelist has explicitly accepted the
 4   installation such that manner is occurring.  Second,
 5   the panelist should notice that the tray area of the
 6   task bar in the Windows operating system contains an
 7   icon associated with the comScore software.  This
 8   provides an explicit and continuous and persistent
 9   indication that the software is running.  In
10   addition, whenever the user -- this panelist, this
11   user will look at the list of programs installed,
12   that the software will appear.
13       And then even more, if you look at what is
14   called the task manager, which is a display of the
15   so-called processes, programs running, the comScore
16   software is there.  And if one will inspect some
17   settings of the machine or the so called registry,
18   one will see registry keys associated with the
19   software.  The primary visual indication is in the
20   system, is in the tray.
21     Q.  In the second sentence of the last full
22   paragraph on page four "Uninstallation" you write,
23   based upon my observations of the demonstration and
24   the documentation I reviewed, comScore software can
```

Page 47

```
 1   be uninstalled in manner consistent with other
 2   Windows based software, and you go on to write,
 3   through the add/remove function provided as a part of
 4   the Windows operating system.
 5       Can you explain your basis for writing in a
 6   manner consistent with other Windows based software?
 7     A.  The Windows operating system includes
 8   specifications for developers of applications on how
 9   uninstallation should be performed.  All applications
10   for the Windows operating system are expected to
11   provide an uninstallation program.  And this
12   uninstallation program is the one that will be
13   launched when the user goes to this app within the
14   settings of the computer, called in operation Windows
15   add/remove programs and enter other things.  So it is
16   the standard expected way.  All applications are
17   expected to provide this functionality.
18     Q.  In your experience, have you seen consumer
19   software that adds an item to a user start menu that
20   is an icon to uninstall software; are you familiar
21   with that?
22     A.  I am perfectly familiar with what you're
23   saying and, yes, I have seen some software
24   applications that provide the uninstall functionality
```

Page 48

```
 1   additionally through the start menu.
 2     Q.  What methods do you use to verify that all
 3   components of the comScore software have been removed
 4   from the machine?
 5     A.  I asked to show me the locations within the
 6   file system and within the registry where traces of
 7   the installation would have been present if it were
 8   not complete.  And through the inspection, so I asked
 9   Yvonne who showed me the registry to show me certain
10   folders on the computer, and there were no files that
11   indicated that the program still existed.
12       In addition, I asked about various details
13   of the operation of the software.  And based on what
14   I was told, it is my opinion that no files associated
15   with the tracking were left in the file system.
16   There was a portion of my report where I mentioned
17   that the filtering and trackings performed in
18   internal memory, so there is kind of no log files, no
19   log files that will be part of the file system.
20     Q.  But you never personally checked the
21   computer; you relied upon Yvonne Bigbee's
22   demonstration?
23     A.  The screen of the computer was projected in
24   front of me and Yvonne did exactly what I asked her
```

Page 49

```
 1   to do.  So I considered this equivalent to myself
 2   having inspected the files.  Unless, of course, some
 3   trick was set up to show me something else.
 4     Q.  What tool did you use to use the registry?
 5     A.  I asked Yvonne to show me the registry and
 6   she used a standard tool called reg edit.
 7       MR. SWEDLOW:  A what?
 8       THE WITNESS:  Reg edit, R-e-g, e-d-i-t.
 9   BY MR. GIVENS:
10     Q.  Backing up for just a second on the same
11   page the third full paragraph from the bottom last
12   sentence you write, moreover, every user who provides
13   his or her e-mail address during installation of
14   comScore software, it sends an e-mail that includes
15   the ULA.  What's your basis for that sentence?
16     A.  The question I asked and the answer I
17   obtained.
18     Q.  Okay.  Let's move to the obfuscation
19   section.  Can you explain to me what regular
20   expressions are?
21     A.  Regular expression is a standard mechanism
22   for describing in a succinct way a collection of text
23   strings.  Text string is a sequence of characters.
24   Regular expression can by informally viewed as text
```

| Page 50 | Page 52 |
|---|---|
| 1  pattern. For example, a regular expression will | 1  once they are discovered, the software either removes |
| 2  describe succinctly the form of a Social Security | 2  completely the data or transforms it so that the new |
| 3  number, of a phone number, of a ZIP code, of a | 3  output data cannot be used to reconstruct the |
| 4  two-digit abbreviation of a state. That's it. | 4  original data. |
| 5     Q. When you write that the software uses a | 5     Q. When you say removes completely, what do you |
| 6  computational technique called regular expressions to | 6  mean? |
| 7  check for the presence of text patterns associated | 7     A. Removes completely means that the output of |
| 8  with sensitive data, who determines what those text | 8  the transformation is the empty data set. |
| 9  patterns are? | 9     Q. Is the empty data set then sent to |
| 10        MR. SWEDLOW: In the report? Objection, | 10  comScore's servers? |
| 11  vague. | 11     A. There is no such concept of submitting an |
| 12        THE WITNESS: Yeah, I actually do not | 12  empty set. The data is suppressed, is not uploaded. |
| 13  understand your question about who determines. | 13     Q. Once that type of sensitive information is |
| 14  BY MR. GIVENS: | 14  detected, a credit card number, a Social Security |
| 15     Q. Let me ask generally. If you're using | 15  number, a bank number, would it be technically |
| 16  regular expressions to detect the presence of text | 16  feasible to simply excise that information or not |
| 17  pattern, who is that determines the text pattern; is | 17  collect it at all? |
| 18  it the programmer? | 18        MR. SWEDLOW: I'll object as vague and |
| 19     A. The process for creating the regular | 19  compound, but you can answer. |
| 20  expression should be based on domain knowledge about | 20        THE WITNESS: Your question, it is |
| 21  how the text patterns look like and then the | 21  hypothetical about -- so can you rephrase it again? |
| 22  programmer will now implement this domain knowledge | 22  Can you say it to me again so I can understand? |
| 23  in the specific program language for the regular | 23  BY MR. GIVENS: |
| 24  expressions. So someone, for example, who knows | 24     Q. My understanding of the way the comScore |

| Page 51 | Page 53 |
|---|---|
| 1  about the form of the Social Security numbers will | 1  software works is that it uses regular expressions to |
| 2  determine how the pattern looks like. And then the | 2  detect some certain information like a credit card or |
| 3  programmer will have to create what is the actual | 3  Social Security number? |
| 4  programming specification of the regular expression. | 4     A. Yes. |
| 5     Q. So at comScore, who is the person who | 5     Q. Then it collects that information and |
| 6  determines that? | 6  transforms it; those are your words? |
| 7     A. I did not ask who is the person. I assumed | 7     A. Yes. |
| 8  that they have domain experts who have this knowledge | 8     Q. Would it be technically feasible to rather |
| 9  and I know that it is the software developers under | 9  than collect it and transform it, to detect it, and |
| 10  the leadership of the CDO and the director of | 10  not collect it at all? |
| 11  technology and video technology who implement in this | 11     A. Of course it is technically feasible to do |
| 12  programming language of regular expressions what is | 12  nothing about the information that is collected, but |
| 13  this domain knowledge. | 13  comScore is in the business of actually acquiring |
| 14     Q. When you write in your report that sensitive | 14  some type of information. |
| 15  data is transformed through the obfuscation process, | 15     Q. Why do you think comScore transforms credit |
| 16  what do you mean by transformed? | 16  card numbers and collects that information? |
| 17     A. What I mean is that there is a matter that | 17     A. You're asking two questions. Can you ask |
| 18  takes as input data and could use as output some | 18  them separately? |
| 19  other data; that is the transformation process. | 19     Q. Why do you think that comScore actively |
| 20     Q. So is the comScore software actively seeking | 20  seeks credit card numbers to collect? |
| 21  Social Security numbers, credit card numbers? | 21     A. Yes. My understanding of the comScore |
| 22     A. Yes. The software tries to identify the | 22  business is that they're the one to provide aggregate |
| 23  presence of various types of sensitive data including | 23  statistical data to their customers about, for |
| 24  Social Security numbers and credit card numbers. And | 24  example, the use of certain credit cards for |

14 (Pages 50 to 53)

(312) 345-1414

a639eee0-d065-4e4e-9e24-2314607108c1

1 transactions. So that's one of the reasons that they
2 will track credit card usage across the economy,
3 across the users of the software.
4 Q. Once the comScore software is installed on
5 the user's machine, is it constantly listening for
6 web traffic?
7 A. My understanding is that yes, this is the
8 case.
9 Q. When the comScore software detects
10 information to be collected, how much time elapses
11 between collection and transmission to comScore
12 servers?
13 A. I did not run timing experiments, so I
14 cannot answer this question.
15 Q. When you write in your expert report --
16 MR. SWEDLOW: Are we on page five?
17 BY MR. GIVENS:
18 Q. Page five second full paragraph, once it is
19 identified sensitive data is transformed by an
20 obfuscation process, it aims to remove detailed
21 information while preserving more general information
22 of statistical significance. What do you mean by
23 general information of statistical significance?
24 A. General information means that this

1 information about class of objects, a class of items.
2 For example, the class of days of birth that have the
3 same year or the class of credit card numbers that
4 start with the same seven digits. This is not
5 information about a specific credit card of the user.
6 It is a class of credit cards that include the credit
7 card of the user. That's the meaning of general
8 information.
9 The meaning of statistical significance
10 means that it is relevant to the type of statistical
11 summaries that are provided by the comScore to their
12 customers; for example, demographic information as
13 related to certain types of internet shopping habits
14 or user job certain brands of credit cards for
15 certain types of internet transactions.
16 Q. When you write since the data's transformed
17 by an obfuscation process that aims to remove
18 detailed information, why did you write aims to
19 remove rather than remove? Let me rephrase that.
20 Are you aware of any instances where the
21 software doesn't remove the detailed information?
22 A. The reason why I wrote the sentence with the
23 term aims is because it is the clear intent of the
24 code. And as in any programming endeavors, it is

1 difficult to have absolute certainty of the success
2 of a certain program. In particular, it is
3 unfeasible to try the program on all possible inputs.
4 However, my reading of the software, the description
5 I was given of the techniques and methods indicates
6 that the obfuscation process is based on technically
7 sound principals and was implemented with the
8 appropriate tools.
9 Q. Look with me now at the last sentence of the
10 second full paragraph --
11 A. Uh-huh.
12 Q. -- where you write, in addition, the
13 technique of cryptographic hashing is used to map
14 other sensitive data items to numeric values called
15 digests that have the following properties: (1) with
16 very high probability, the digests are uniquely
17 associated with the items; (2) it is computationally
18 infeasible to reconstruct the items form the digest.
19 What do you mean when you write it is
20 computationally infeasible to reconstruct the items
21 from the digest?
22 A. The meaning is that reversing the
23 transformation is practically impossible to do given
24 current computer technology.

1 Q. Would it be computationally feasible to
2 reconstruct the items from the digest if you were
3 aware of what the values associated with the digest
4 were?
5 A. The question you are asking seems to be of
6 the type if you already know what the value is, can
7 you reconstruct the value from the digest. There is
8 no point in reconstructing something that you already
9 know.
10 Q. Are you familiar with the concept of rainbow
11 tables?
12 A. Yes.
13 Q. So here you write, it's computationally
14 infeasible to reconstruct the items from the digest.
15 But comScore not only has the digest; they also have
16 the associated value, i.e., this is a Social Security
17 number; is that correct?
18 A. ComScore detects -- attempts to detect the
19 presence of Social Security numbers through regular
20 expressions, then Social Security numbers are
21 suppressed, so the transformation actually produces
22 no output value; it produces the empty data set. For
23 Social Security numbers, they do not use the
24 technique of cryptographic hashing.