## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

June 11, 2013

Before

RICHARD A. POSNER, *Circuit Judge*
JOEL M. FLAUM, *Circuit Judge*
ILANA DIAMOND ROVNER, *Circuit Judge*

| No.: 13-8007 | IN RE: <br>     COMSCORE, INC., a Delaware corporation, <br>     Petitioner |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:11-cv-05807 <br> Northern District of Illinois, Eastern Division <br> District Judge James F. Holderman ||

The following are before the court:

1. **COMSCORE'S PETITION FOR LEAVE TO APPEAL CLASS CERTIFICATION ORDER PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23(f),** filed on April 16, 2013, by counsel for the petitioner.

2. **PLAINTIFFS-RESPONDENTS' RESPONSE IN OPPOSITION TO COMSCORE'S PETITION FOR LEAVE TO APPEAL CLASS CERTIFICATION ORDER PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23(f)**, filed on May 6, 2013, by counsel for Mike Harris and Jeff Dunstan.

3. **REPLY IN SUPPORT OF THE PETITION OF DEFENDANT- PETITIONER FOR PERMISSION TO APPEAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23(f)**, filed on May 28, 2013, by counsel for the petitioner.

No. 13-8007                                                                        Page 2

4.  **BRIEF OF AMICI CURIAE DIRECT MARKETING ASSOCIATION, AMERICAN ASSOCIATION OF ADVERTISING AGENCIES, ASSOCIATION OF NATIONAL ADVERTISERS, ENTERTAINMENT SOFTWARE ASSOCIATION, INTERACTIVE ADVERTISING BUREAU, AND CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA IN SUPPORT OF PETITION FO RULE 23(f) APPEAL OF CLASS CERTIFICATION ORDER**, filed on May 28, 2013, by Attorney John F. Cooney.

**IT IS ORDERED** that #1 is **DENIED**.

form name: **c7_Order_3J**(form ID: **177**)