# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Jeff Dunstan, et al.
                    Plaintiff,

v.                                    Case No.: 1:11−cv−05807
                                        Honorable James F. Holderman

comScore, Inc.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 17,2013:

      MINUTE entry before Honorable Young B. Kim: This court's September 18, 2013 status hearing is rescheduled for October 16, 2013, at 11:00 a.m. in courtroom 1019. Based on the information in the joint status report, the parties are to complet e their meet and confer to discuss written discovery disputes by no later than September 30, 2013. If the parties decide that they are willing to supplement their responses to the opposing party's written discovery requests, the supplemental responses must be served by October 11, 2013. For the remaining disputed written discovery issues, if any, both parties are ordered to file their respective motions to compel by no later than October 7, 2013. A motion hearing on those motions, if filed, will take place on October 16, 2013. Also, the parties are to begin scheduling the deposition of those known deponents for the month of November 2013. The court will inquire about the deposition schedule at the next status hearing. Ma iled notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If an order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.