**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| MIKE HARRIS and JEFF DUNSTAN, individually and on behalf of a class of similarly situated individuals, | Case No. 1:11-cv-05807 |
| Plaintiffs, | Hon. James F. Holderman |
| v. | Magistrate Judge Young B. Kim |
| COMSCORE, INC., a Delaware corporation, | |
| Defendant. | |

### PLAINTIFFS' SUPPLEMENTAL STATUS REPORT

Plaintiffs Mike Harris and Jeff Dunstan (collectively, "Plaintiffs") hereby submit this Supplemental Status Report following up the Parties' September 16, 2013 Joint Status Report.

**I.     PLAINTIFFS' POSITION**

On September 16, 2013, the Parties filed their Joint Status Report pursuant to the Court's July 26th Minute Order, apprising the Court of any written discovery issues. Under the section titled "Plaintiffs' Position," Plaintiffs indicated that they sent a meet and confer letter to Defendant comScore, Inc. on September 16, 2013 outlining the deficiencies in its responses to their written discovery requests. However, while Plaintiffs intended to send that meet and confer letter on September 16th, based on comScore's document production, certain additional edits were made to the letter, which delayed service of the letter until September 18th. Thus, "Plaintiffs' Position" statement in the Joint Status Report contained an error inasmuch as the meet and confer letter was sent on September 18th—not September 16th.

Respectfully submitted,

**MIKE HARRIS** and **JEFF DUNSTAN**,
individually and on behalf of a class of similarly
situated individuals,

Dated: September 20, 2013

By: /s/ Rafey S. Balabanian
    One of Plaintiffs' Attorneys

Jay Edelson
Rafey S. Balabanian
Ari J. Scharg
Benjamin S. Thomassen
Chandler R. Givens
EDELSON LLC
350 North LaSalle, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378
jedelson@edelson.com
rbalabanian@edelson.com
ascharg@edelson.com
bthomassen@edelson.com
cgivens@edelson.com

*Counsel for Plaintiffs and the Class and Subclass*

## <u>CERTIFICATE OF SERVICE</u>

  I, Rafey S. Balabanian, an attorney, hereby certify that on September 20, 2013, I served the above and foregoing ***Plaintiffs' Supplemental Status Report***, by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system on this 20th day of September 2013.

           /s/ Rafey S. Balabanian