## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Jeff Dunstan, et al.
                     Plaintiff,

v.                                       Case No.: 1:11−cv−05807
                                            Honorable James F. Holderman

comScore, Inc.
                     Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 3, 2013:

       MINUTE entry before Honorable Young B. Kim: Plaintiffs' motion to modify this court's order dated September 17, 2013, [217] is entered and continued. The court will monitor the docket and rule on this motion electronically as soon as the assigned District Judge rules on motion [215]. Appearance on October 8, 2013, before this court is not required to present this motion. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.