# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MIKE HARRIS and JEFF DUNSTAN, individually and on behalf of a class of similarly situated individuals,<br><br>        Plaintiffs,<br><br>        v.<br><br>COMSCORE, INC., a Delaware corporation,<br><br>        Defendant. | Case No. 1:11-cv-5807<br><br>Hon. James F. Holderman<br><br>Magistrate Judge Young B. Kim |

**DECLARATION OF BENJAMIN S. THOMASSEN IN SUPPORT OF
PLAINTIFF JEFF DUNSTAN'S MOTION TO FILE DOCUMENTS UNDER SEAL**

I, Benjamin S. Thomassen, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

    1.    I am an attorney at the law firm of Edelson LLC, which has been retained to represent Plaintiffs Mike Harris and Jeff Dunstan in this matter. I am an adult over the age of 18 and I am fully competent to make this Declaration. I have personal knowledge of all matters set forth herein. If called upon to testify as to the matters stated herein, I could and would competently do so.

    2.    On October 7, 2013, concurrently with the filing of his Motion to File Documents Under Seal, Plaintiff Jeff Dunstan filed his Motion to Compel comScore, Inc. to Respond to Plaintiff's Written Discovery (the "Motion"). The Declaration of Rafey S. Balabanian submitted in support of the Motion (the "Balabanian Decl.") reference several exhibits, some of which comScore has marked, or quote documents marked as "CONFIDENTIAL—ATTORNEYS' EYES ONLY" pursuant to the Protective Order entered in this case. Those attachments include:

        a.    Exhibit 5: email correspondence bearing Bates number "CS0075487_Confidential—Attorney's Eyes Only.htm";

1

  b. Exhibit 8: email correspondence bearing Bates number "CS0049415_Confidential—Attorney's Eyes Only.htm";

  c. Exhibit 9: September 18th, 2013 meet-and-confer letter from Rafey S. Balabanian to Andrew Schapiro; and

  d. Exhibit 11: email correspondence bearing Bates number "CS0046036_Confidential—Attorney's Eyes Only.pdf".

  3. The contents of each of the aforementioned Exhibits to the Balabanian Decl. are generally and accurately described in Plaintiff Jeff Dunstan's Motion to File Under Seal in paragraph 2.

  4. Due to time constraints, Plaintiff did not have the opportunity to contact or otherwise work with comScore to identify which documents that comScore previously marked as CONFIDENTIAL–ATTORNEYS' EYES ONLY should remain confidential and not publically accessible upon filing.

  5. As such, pursuant to Magistrate Judge Kim's Case Management Procedures, Plaintiff will promptly submit to Magistrate Judge Kim's chambers in camera a sealed envelope—bearing the caption of the case, case number, the title of the motion to which the submitted confidential information pertains, and the name and telephone number of counsel submitting the documents—unredacted copies of the Motion, Balabanian Decl., and Exhibit Nos. 5, 8, 9 and 11. Plaintiff will also file redacted copies of all documents containing confidential information with the Clerk's Office via the Court's CM/ECF electronic filing system.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of October 2013 in Chicago, Illinois.

/s/ Benjamin S. Thomassen

## **CERTIFICATE OF SERVICE**

      I, Benjamin S. Thomassen, an attorney, certify that on October 7, 2013, I served the above and foregoing ***Declaration of Benjamin S. Thomassen in Support of Plaintiff Jeff Dunstan's Motion to File Documents Under Seal***, by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this 7th day of October 2013.

                                                          /s/ Benjamin S. Thomassen