**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| MIKE HARRIS and JEFF DUNSTAN, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>COMSCORE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 1:11-cv-5807<br><br>Hon. James F. Holderman<br><br>Magistrate Judge Young B. Kim |

**NOTICE OF MOTION**

TO:    [See Attached Service List]

**PLEASE TAKE NOTICE** that on Thursday, October 10, 2013, at 11:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Young B. Kim, or any judge sitting in his stead in courtroom 1019 of the Everett McKinley Dirksen Building, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present *Plaintiff Jeff Dunstan's Motion to File Documents Under Seal*, a copy of which is attached hereto and hereby served upon you.

|  |  |
|---|---|
|  | **MIKE HARRIS and JEFF DUNSTAN**, individually and on behalf of all others similarly situated, |
| Dated: October 7, 2013 | By: /s/ Benjamin S. Thomassen<br>      One of Plaintiffs' Attorneys |
|  | Benjamin S. Thomassen<br>EDELSON LLC<br>350 North LaSalle Street, Suite 1300<br>Chicago, Illinois 60654<br>Tel: (312) 589-6370<br>Fax: (312) 589-6378<br>bthomassen@edelson.com |

2

## CERTIFICATE OF SERVICE

      I, Benjamin S. Thomassen, an attorney, hereby certify that on October 7, 2013, I served the above and foregoing *Notice of Motion* by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this 7th day of October 2013.

                                                    /s/ Benjamin S. Thomassen