**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MIKE HARRIS and JEFF DUNSTAN, individually and on behalf of a class of similarly situated individuals<br><br>Plaintiff,<br><br>v.<br><br>COMSCORE, INC., a Delaware corporation<br><br>Defendant. | CASE NO. 1:11-cv-5807<br><br>Judge Holderman<br><br>Magistrate Judge Kim |

**COMSCORE, INC.'S RENEWED MOTION TO DISMISS UNDER RULE 12(B)(3)**

Pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure, comScore, Inc. ("comScore") respectfully moves this Court to dismiss the above-captioned matter, as Plaintiffs agreed to litigate their claims in this action in the United States District Court for the Eastern District of Virginia or Virginia State Court. In support thereof, comScore submits the accompanying Memorandum.

DATED: October 30, 2013

QUINN EMANUEL URQUHART & SULLIVAN, LLP

   */s/ Andrew H. Schapiro*
Andrew H. Schapiro
andrewschapiro@quinnemanuel.com
Stephen Swedlow
stephenswedlow@quinnemanuel.com
Robyn Bowland
robynbowland@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
500 West Madison Street, Suite 2450
Chicago, Illinois 60661

        Telephone: (312) 705-7400
        Facsimile: (312) 705-7499

        Paul F. Stack
        pstack@stacklaw.com
        Stack & O'Connor Chartered
        140 South Dearborn Street
        Suite 411
        Chicago, IL 60603
        Telephone: (312) 782-0690
        Facsimile: (312) 782-0936

        *Attorneys for Defendant comScore, Inc.*

## **CERTIFICATE OF SERVICE**

     I, the undersigned, hereby certify that a true and correct copy of the foregoing has been caused to be served on October 30, 2013 to all counsel of record via the Court's ECF notification system..

         */s/ Robyn M. Bowland*
        Robyn Bowland