IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MIKE HARRIS and JEFF DUNSTAN, individually and on behalf of a class of similarly situated individuals<br><br>Plaintiff,<br><br>v.<br><br>COMSCORE, INC., a Delaware corporation<br><br>Defendant. | CASE NO. 1:11-cv-5807<br><br>Judge Holderman<br><br>Magistrate Judge Kim |

  **PLEASE TAKE NOTICE** that, on November 5, 2013, at 9 a.m., or as soon as thereafter counsel may be heard, we shall appear before the Honorable James F. Holderman, or any judge sitting in his stead in courtroom 2541 of the Everett McKinley Dirksen Building, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present ***comScore, Inc.'s Renewed Motion to Dismiss Under Rule 12(b)(3)***, a copy of which is attached hereto and served upon you.

DATED: October 30, 2013   QUINN EMANUEL URQUHART &
               SULLIVAN, LLP

               /s/ Andrew H. Schapiro
              Andrew H. Schapiro
              andrewschapiro@quinnemanuel.com
              Stephen Swedlow
              stephenswedlow@quinnemanuel.com
              Robyn Bowland
              robynbowland@quinnemanuel.com
              QUINN EMANUEL URQUHART &
              SULLIVAN, LLP
              500 West Madison Street, Suite 2450
              Chicago, Illinois 60661
              Telephone: (312) 705-7400
              Facsimile: (312) 705-7499

              Paul F. Stack
              pstack@stacklaw.com
              Stack & O'Connor Chartered
              140 South Dearborn Street
              Suite 411

Chicago, IL 60603
Telephone: (312) 782-0690
Facsimile: (312) 782-0936

*Attorneys for Defendant comScore, Inc.*

## **CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a true and correct copy of the foregoing has been caused to be served on October 30, 2013 to all counsel of record via the Court's ECF notification system.

                                             */s/ Robyn M. Bowland*
                                               Robyn Bowland