## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

MIKE HARRIS and JEFF DUNSTAN,
individually and on behalf of a class of similarly
situated individuals,

        Plaintiffs,

        v.

COMSCORE, INC., a Delaware corporation,

        Defendant.

Case No. 1:11-cv-05807

Hon. James F. Holderman

Magistrate Judge Young B. Kim

### STIPULATED MOTION TO AMEND CLASS DEFINITION

Plaintiff Mike Harris and Jeff Dunstan ("Plaintiffs") and Defendant comScore, Inc.

("comScore") (collectively, the "Parties"), by and through their undersigned counsel, hereby

stipulate and, by agreement, respectfully move the Court to amend its Memorandum, Opinion,

and Order dated April 2, 2013, which granted Plaintiffs' motion for class certification (the

"Certification Order") (Dkt. 186), so as to limit the definition of the Class to include only United

States residents who since 2005 downloaded and installed comScore's software. In support of

their stipulation, the Parties state as follows:

**WHEREAS**, on April 2, 2013, this Court granted the Plaintiffs' motion for class

certification, certifying a Class defined as:

> All individuals who have had, at any time since 2005, downloaded and installed
> comScore's tracking software onto their computers via one of comScore's third
> party bundling partners;

**WHEREAS**, comScore does not contest that a certified Class containing only individuals

in the United States fulfills the numerosity requirement of Rule 23(a);

**WHEREAS**, the Parties agree that limiting the certified Class to include only individuals

in the United States is appropriate in that it will aid in the effective and efficient administration

of this litigation, including issues relating to providing the best possible notice to the certified

Class for the purposes of due process and issues relating to res judicata;

WHEREAS, the Parties agree that the proposed limitation to the Class definition would

not question or otherwise affect this Court's analysis regarding the requirements of Rule 23(a)

and Rule 23(b)(3) in its certification Order, including as applied to the proposed amended class

definition;

WHEREAS, the Parties further agree that nothing in this stipulation will have a preclusive

effect on comScore's ability to later challenge this Court's certification Order or otherwise raise

any defense to Plaintiffs' claims as it deems appropriate;

WHEREAS, Federal Rule of Civil Procedure 23 specifically contemplates that any "order

that grants or denies class certification may be altered or amended before final judgment." Fed.

R. Civ. P. 23(c)(1)(C).

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the

Parties, and subject to the approval of the Court, as follows:

1.     The definition of the Class in the Court's Certification Order shall be amended as

follows:

> All United States residents who have had, at any time since 2005, comScore's
> tracking software downloaded and installed onto their computers via one of
> comScore's third party bundling partners.

\*                         \*                         \*

2

Respectfully submitted,

**Mike Harris** and **Jeff Dunstan**, individually and on behalf of a class of similarly situated individuals,

Dated: November 6, 2013        By: s/ Rafey S. Balabanian
                      One of Plaintiffs' Attorneys

Jay Edelson
Rafey S. Balabanian
Benjamin S. Thomassen
Chandler R. Givens
EDELSON LLC
350 North LaSalle, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378
jedelson@edelson.com
rbalabanian@edelson.com
bthomassen@edelson.com
cgivens@edelson.com

*Counsel for Plaintiffs and the Class and Subclass*

Dated: November 6, 2013        **comScore, Inc.,**

By: s/ Andrew H. Schapiro
                 One of Defendant's Attorneys

Andrew H. Schapiro
Stephen Swedlow
Amanda Williamson
Robyn Bowland
Quinn Emanuel Urquhart & Sullivan, LLP
500 West Madison St., Suite 2450
Chicago, Illinois 60661
andrewschapiro@quinnemanuel.com
stephenswedlow@quinnemanuel.com
amandawilliamson@quinnemanuel.com
robynbowland@quinnemanuel.com

*Counsel for Defendant comScore, Inc.*

4

**SIGNATURE ATTESTATION**

      Pursuant to Section IX(C)(2) of the General Order on Electronic Case Filing, I hereby attest that the content of this document is acceptable to all persons whose signatures are indicated by a conformed signature (s/) within this e-filed document.

                                              s/ Benjamin S. Thomassen

## CERTIFICATE OF SERVICE

I, Benjamin S. Thomassen, an attorney, certify that on November 6, 2013, I served the above and foregoing *Stipulated Motion to Amend Class Definition*, by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this 6th day of November 2013.

s/ Benjamin S. Thomassen