## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Jeff Dunstan, et al.
                            Plaintiff,

v.                                             Case No.: 1:11−cv−05807
                                             Honorable James F. Holderman

comScore, Inc.
                            Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 12, 2013:

      MINUTE entry before Honorable Young B. Kim: Motion hearing held. For the reasons stated in open court, Plaintiffs' motion to compel comScore, Inc. to respond to Plaintiffs' written discovery [245] is granted in part and denied in part. The motion is granted only to the extent that Defendant is ordered to provide the marketing and promotion communication sent to TAP to be identified by Plaintiffs. Plaintiffs are to identify the TAP for this purpose by November 15, 2013, and Defendant is to provide the documents responsive to Request to Produce # 21 by November 22, 2013. The motion is denied without prejudice as to Requests to Produce 43–46, 48 and 49. Plaintiffs' motion to exclude disputed data [268] is entered and continued to December 4, 2013, at 11:00 a.m. in courtroom 1019. Defendant is ordered to file its response to the motion by November 25, 2013. Plaintiffs are ordered to file their reply by December 2, 2013. There is no need to appear on November 15, 2013, to present this motion. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.