**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| MIKE HARRIS and JEFF DUNSTAN, individually and on behalf of a class of similarly situated individuals, ) ) ) ) | |
| Plaintiffs, ) ) | Case No. 1:11–cv–05807 |
| v. ) ) | Hon. James F. Holderman |
| COMSCORE, INC., a Delaware corporation, ) ) | Magistrate Judge Young B. Kim |
| Defendant. ) ) | |

**ORDER GRANTING PLAINTIFFS' MOTION FOR A ONE-WEEK EXTENSION OF BRIEFING SCHEDULE ON DEFENDANT COMSCORE'S MOTION TO DISMISS**

THIS CAUSE having come before the Court on the motion of Plaintiffs to extend the briefing schedule on Defendant comScore's Renewed Motion to Dismiss (Dkt. 242). The Court, having reviewed Plaintiffs' Motion and with Defendant comScore taking no position, finds that there is good cause for granting Plaintiffs' Motion, and therefore it is hereby ORDERED that:

*Plaintiffs' Motion For A One-Week Extension Of Briefing Schedule On Defendant Comscore's Motion To Dismiss* is hereby GRANTED.

Plaintiffs shall file their Response to Defendant's Renewed Motion to Dismiss no later than November 22, 2013;

Defendant shall file its Reply in support of its Renewed Motion to Dismiss no later than December 6, 2013;

DONE AND ORDERED this the ____ day of November, 2013.

_____
HONORABLE JAMES F. HOLDERMAN
UNITED STATES DISTRICT JUDGE