IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MIKE HARRIS and JEFF DUNSTAN, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>COMSCORE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 1:11-cv-5807<br><br>Hon. James F. Holderman<br><br>Magistrate Judge Young B. Kim |

**NOTICE OF CHANGE OF FIRM NAME**

TO: The Clerk of the Court and all Parties of Record.

**PLEASE TAKE NOTICE THAT** effective October 24, 2013, Edelson LLC has changed its name to Edelson P.C. All future references to the firm in this matter should be to Edelson P.C. The firm's and its lawyers' addresses, phone numbers, facsimile numbers and email addresses have not been affected by the name change and will remain the same.

Respectfully submitted,

**EDELSON, P.C.**,

Dated: December 27, 2013

By: s/ Benjamin S. Thomassen

Benjamin S. Thomassen
EDELSON P.C.
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378
bthomassen@edelson.com

## CERTIFICATE OF SERVICE

  I, Benjamin S. Thomassen, an attorney, hereby certify that on December 27, 2013, I served the above and foregoing ***Notice of Change of Firm Name***, by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system, on this the 27th day of December 2013.

                      s/ Benjamin S. Thomassen