1

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION


MIKE HARRIS and JEFF DUNSTAN,      )
individually and on behalf of      )
a class of similarly situated      )
individuals,                       )
                                   )
            Plaintiffs,            )
       vs.                         ) Case No. 1:11-5807
                                   )
COMSCORE, INC., a Delaware         )
corporation,                       )
                                   )
            Defendant.             )


    *** CONFIDENTIAL -- ATTORNEYS' EYES ONLY ***



        The 30(b)(6) deposition of COMSCORE, INC.
by MICHAEL BROWN, called for examination, taken
pursuant to the Federal Rules of Civil Procedure of
the United States District Courts pertaining to the
taking of depositions, taken before JENNIFER L.
WIESCH, CSR No. 84-4528, a Notary Public within and
for the County of Will, State of Illinois, and a
Certified Shorthand Reporter of said state, at 350
North LaSalle Street, Suite 1300, Chicago, Illinois,
on the 15th day of August, A.D. 2012, at 9:36 a.m.



Job No: 26674

MICHAEL BROWN - CONFIDENTIAL - ATTORNEYS' EYES ONLY

2

1    A P P E A R A N C E S:

2    On behalf of Plaintiffs:

3         EDELSON McGUIRE, LLC

4         350 North LaSalle, Suite 1300

5         Chicago, Illinois 60654

6         BY:  RAFEY S. BALABANIAN, ESQ.

7              rbalabanian@edelson.com

8              CHANDLER GIVENS, ESQ.

9              cgivens@edelson.com

10             BEN THOMASSEN, ESQ.

11             bthomassen@edelson.com

12

13   On behalf of Defendant:

14        QUINN EMANUEL URQUHART & SULLIVAN, LLP

15        500 West Madison Street, Suite 2450

16        Chicago, Illinois 60661

17        312-705-7400

18        BY:  ANDREW SCHAPIRO, ESQ.

19             andyschapiro@quinnemanuel.com

20             ROBYN M. BOWLAND, ESQ.

21             robynbowland@quinnemanuel.com

22

     ALSO PRESENT:
23             MR. THOMAS S. CUSHING III,
                  comScore Deputy General Counsel and
24                Privacy Officer;

25             MR. AMIR MISSAGHI, Summer Associate.

MICHAEL BROWN - CONFIDENTIAL - ATTORNEYS' EYES ONLY

5

1          MICHAEL BROWN

2              (WHEREUPON, the witness was duly

3              sworn.)

4      MR. BALABANIAN:  This is the deposition and

5  oral examination of defendant comScore's witness

6  designated under Federal Rule of Civil Procedure

7  30(b)(6), pursuant to notice and continued by

8  agreement of the parties.

9              MICHAEL BROWN,

10 called as a witness herein, having been first duly

11 sworn, was examined and testified as follows:

12              EXAMINATION

13 BY MR. BALABANIAN:

14     Q.   I'd like to go over a few ground rules,

15 Mr. Brown.  My name is Rafey Balabanian.  I am an

16 attorney for plaintiffs, Mike Harris and Jeff

17 Dunstan.  I'm joined to my left with Ben Thomassen,

18 who's also an attorney for plaintiffs, and Chandler

19 Givens sitting next to Ben, another attorney, and

20 then my summer associate, Amir Missaghi.

21              I just want to talk about a couple ground

22 rules before we get into the questioning and

23 whatnot.  Have you ever been deposed before?

24     A.   I have.

25     Q.   Okay.  So I need verbal answers from you.

MICHAEL BROWN - CONFIDENTIAL - ATTORNEYS' EYES ONLY

9

```
1                    MICHAEL BROWN
2         A.   Panelists are people that have accepted
3    and consented to install our software, take part of
4    our research program.
5         Q.   Okay.  And when you say "our software,"
6    who's "our"?  Who are you referring to?
7         A.   comScore's.
8         Q.   comScore's software.  Okay.  Does
9    comScore's software have any kind of technical name?
10        A.   Yes.
11        Q.   What is that name?
12        A.   Internally we refer to that code as the
13   OSSProxy project.  It's also sometimes referred to
14   as CProxy.  That's the two generic names within
15   engineering.
16        Q.   You've mentioned you've been deposed
17   before?
18        A.   Yes, sir.
19        Q.   Have you ever been a defendant in a
20   lawsuit?
21        MR. SCHAPIRO:  Personally or --
22        MR. BALABANIAN:  Personally.
23   BY THE WITNESS:
24        A.   Yes.
25
```

MICHAEL BROWN - CONFIDENTIAL - ATTORNEYS' EYES ONLY



MICHAEL BROWN - CONFIDENTIAL - ATTORNEYS' EYES ONLY

71



MICHAEL BROWN - CONFIDENTIAL - ATTORNEYS' EYES ONLY



MICHAEL BROWN - CONFIDENTIAL - ATTORNEYS' EYES ONLY



74

```
1                     MICHAEL BROWN
2         Q.   What other things?
3         A.   Knowing that they were in existence from
4    having conversations with internal attorneys.
5         MR. BALABANIAN:  I want to take a break.
6                   (WHEREUPON, a recess was had from
7                   10:59 a.m. to 11:11 a.m.)
8    BY MR. BALABANIAN:
9         Q.   Mr. Brown, I just want to close out a
10   couple things that we talked about, that we were
11   talking about.  And I think I want to cover the
12   obvious, but you said that comScore designed
13   OSSProxy, and you said TMRG did not, VoiceFive did
14   not.  I don't know if I asked you if
15   CreativeKnowledge did or did not.  Would you -- do
16   you have an answer to that?
17        A.   comScore designed OSSProxy.
18        Q.   Solely?
19        A.   Yes.
20        Q.   Okay.  So none of its subsidiaries
21   designed it?
22        A.   Correct.
23        Q.   Okay.  Do any of comScore's subsidiaries,
24   the ones we just named or others, do they receive
25   data from OSS -- gathered by OSSProxy?
```

75

                         MICHAEL BROWN

1          A.    Sir, we discussed multiple different

3    companies, so --

4          Q.    Well, take them one by one.

5          A.    Thank you, sir.

6          Q.    That's easier.

7          A.    Appreciate that.

8          Q.    TMRG, Incorporated, do you know whether

9    TMRG, Incorporated ever received panelist data?  Let

10   me withdraw that real quick.  I want to clarify a

11   couple of things.  When I talk about panelists today

12   going forward, I'm talking about software panelists,

13   I'm not talking about survey panelists.

14         A.    Okay.

15         Q.    Okay?

16         A.    Thank you.

17         Q.    So when I say panelists, I'm talking

18   about software panelists, those individuals who

19   have --

20         A.    So from this point forward, until

21   anything else changes, the definition of a panelist

22   is panelists with comScore's software on them?

23         Q.    On their system, correct.  Okay?

24         A.    Yes.  Thank you for the clarification.

25         Q.    So with respect to TMRG, do you know

76

                        MICHAEL BROWN

1

2    whether that company ever receives panelist data

3    from OSSProxy?

4         A.   No.

5         Q.   What about VoiceFive, is your answer that

6    you don't know or that, no, they don't receive

7    panelist data?

8         A.   No, they don't receive panelist data.

9         Q.   Okay.  How about VoiceFive Networks, do

10   you know whether they receive panelist data from

11   OSSProxy?

12        A.   The company does not.

13        Q.   Does not.  What about CreativeKnowledge,

14   Incorporated, same question?

15        A.   The company does not.

16        Q.   What about Knowledge Networks,

17   Incorporated, same question?

18        A.   The company does not.

19        Q.   Sears Holding Management Corp., I think

20   you said you don't know if that's a comScore

21   subsidiary?

22        A.   I don't know about that.

23        Q.   Okay.  So you don't know one way or

24   another whether they would receive panelist data --

25        A.   That is correct.

MICHAEL BROWN - CONFIDENTIAL - ATTORNEYS' EYES ONLY

77

1                    MICHAEL BROWN

2         Q.    -- from OSSProxy?  Okay.

3              With respect to TMRG, do you know whether

4    they deploy OSSProxy to potential panelists, whether

5    they offer to deploy it to potential panelists?

6         A.    I'm thinking, sir.  Sorry, can I ask you

7    to repeat the question again, sir?

8         Q.    Sure.

9         A.    I'm sorry.

10        Q.    Why don't we rephrase it slightly.  Might

11   make it easier.

12        A.    Thank you.

13        Q.    Does comScore deploy OSSProxy directly to

14   panelists, or is it done through the subsidiaries?

15        A.    comScore deploys the software.

16        Q.    Directly to its panelists?

17        A.    Yes.

18        Q.    Okay.  So I said the word deploy.  What's

19   your understanding of that word?

20        A.    My understanding of that word in the

21   context of the question is that it validates terms

22   of service that have been accepted, downloads the

23   software, it installs the software, configures the

24   software to operate properly on that machine,

25   maintains that software.

MICHAEL BROWN - CONFIDENTIAL - ATTORNEYS' EYES ONLY

78

                    MICHAEL BROWN

1

2      Q.   Okay.   Right.   So let's take it one at a

3   time.

4      MR. BALABANIAN:   Actually, can you read back

5   his answer.

6              (WHEREUPON, the record was read by

7              the reporter.)

8   BY MR. BALABANIAN:

9      Q.   So with respect to confirming that a

10  panelist has accepted the terms of service of

11  OSSProxy, comScore directly confirms that a panelist

12  has accepted the terms of service of OSSProxy;

13  correct?

14      A.   Yes.

15      Q.   With respect to the installation of the

16  software on the panelist's system, comScore is the

17  company that is responsible for installing the

18  software onto its panelists' systems; correct?

19      A.   Yes.

20      Q.   With respect to the download of the

21  software, to the extent that's any different than

22  the installation of the software, onto panelists'

23  systems, comScore ensures that the software has been

24  downloaded; correct?

25      A.   Yes.

MICHAEL BROWN - CONFIDENTIAL - ATTORNEYS' EYES ONLY

79

1                       MICHAEL BROWN

2          Q.   With respect to configuring OSSProxy onto

3     panelists' systems, comScore's responsible for such

4     configurations; correct?

5          A.   Yes.

6          Q.   With respect to the maintenance of

7     OSSProxy on panelists' systems, comScore is

8     responsible for maintaining OSSProxy on those

9     systems; correct?

10         A.   Yes.

11         Q.   The subsidiaries that we went through,

12    TMRG, VoiceFive Networks, CreativeKnowledge,

13    Knowledge Networks, Incorporated, do they have any

14    role based on your understanding of confirming that

15    the terms of service have been accepted by panelists

16    for OSSProxy?

17         A.   They do have a role.

18         Q.   What role?

19         A.   Within the panelists, we have multiple

20    brands, and those -- the OSSProxy is installed

21    respective to the brand that is associated to those

22    entities.

23         Q.   Okay.  But how does that answer my

24    question with respect to them confirming a

25    panelist's acceptance of OSSProxy?

MICHAEL BROWN - CONFIDENTIAL - ATTORNEYS' EYES ONLY



DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 (212)705-8585

MICHAEL BROWN - CONFIDENTIAL - ATTORNEYS' EYES ONLY



MICHAEL BROWN - CONFIDENTIAL - ATTORNEYS' EYES ONLY



MICHAEL BROWN - CONFIDENTIAL - ATTORNEYS' EYES ONLY



MICHAEL BROWN - CONFIDENTIAL - ATTORNEYS' EYES ONLY



MICHAEL BROWN - CONFIDENTIAL - ATTORNEYS' EYES ONLY



MICHAEL BROWN - CONFIDENTIAL - ATTORNEYS' EYES ONLY



MICHAEL BROWN - CONFIDENTIAL - ATTORNEYS' EYES ONLY



MICHAEL BROWN - CONFIDENTIAL - ATTORNEYS' EYES ONLY



MICHAEL BROWN - CONFIDENTIAL - ATTORNEYS' EYES ONLY



MICHAEL BROWN - CONFIDENTIAL - ATTORNEYS' EYES ONLY

90

                        MICHAEL BROWN

1

2      A.   I'm unclear on that.

3      Q.   Okay.  88Circle, does that run -- did

4  that -- does that run OSSProxy?

5      A.   Yes.

6      Q.   PremierOpinion, does that run OSSProxy?

7      A.   Yes.

8      Q.   KN Connection, does that run OSSProxy?

9      A.   Yes.

10     Q.   Impact Network Online, does that run

11  OSSProxy?

12     A.   Yes.

13     Q.   So all of these various brands run the

14  same software?

15     A.   Yes.

16     Q.   Okay.  Which is all OSSProxy?

17     A.   Yes.

18     Q.   So with respect to the software itself

19  spread across the various brands, the difference is

20  the brand names?

21     A.   No.

22     Q.   Okay.  There are other differences?

23     A.   Yes.

24     Q.   What are the differences between

25  RelevantKnowledge -- OSSProxy that runs on --

MICHAEL BROWN - CONFIDENTIAL - ATTORNEYS' EYES ONLY

91

                        MICHAEL BROWN

1

2    withdrawn.

3              What are the differences in OSSProxy as

4    it relates to RelevantKnowledge and OpinionSquare?

5         A.   There are none.

6         Q.   There are none.  What are the differences

7    between RelevantKnowledge -- sorry.

8              What are the differences between OSSProxy

9    as it relates to RelevantKnowledge and

10   PermissionResearch?

11        A.   None.

12        Q.   Well --

13        A.   Just add a clarification to this, and I

14   think I talked about this earlier in the deposition,

15   if that's cool, acceptable.

16        Q.   Go ahead.

17        A.   When the software is installed, it's

18   installed with respect to the respective brand.  So,

19   for example, the icon is consistent with the brand,

20   the name is consistent with the brand --

21        Q.   Okay.

22        A.   -- so --

23        Q.   So --

24        A.   But the -- so the core software is the

25   same, it's just there's brand specific --

MICHAEL BROWN - CONFIDENTIAL - ATTORNEYS' EYES ONLY

92

1                    MICHAEL BROWN

2         Q.   Got it.  So --

3         A.   I just want to add that in there when

4    you're asking the question.

5         Q.   I understand, and it helped.  Aside from

6    your qualification, there are no other real

7    differences amongst the brands?

8         A.   In regard to the software, that is true.

9         Q.   Correct.  Okay.

10        THE WITNESS:  Sir, do you mind, when it's

11   convenient, it's not an urgent, I'd like to take a

12   small break for -- visit the restroom.

13        MR. BALABANIAN:  Then we'll take one.

14        THE WITNESS:  Thank you so much.

15                  (WHEREUPON, a recess was had from

16                  11:38 a.m. to 11:44 a.m.)

17   BY MR. BALABANIAN:

18        Q.   I want to talk about the ways in which

19   panelists download OSSProxy onto their systems.

20   Okay?

21        A.   Okay.

22        Q.   My understanding is there's -- there's

23   basically two ways that a panelist can download

24   software, the OSSProxy software, onto their system

25   either directly from comScore or one of its

MICHAEL BROWN - CONFIDENTIAL - ATTORNEYS' EYES ONLY



MICHAEL BROWN - CONFIDENTIAL - ATTORNEYS' EYES ONLY



MICHAEL BROWN - CONFIDENTIAL - ATTORNEYS' EYES ONLY



MICHAEL BROWN - CONFIDENTIAL - ATTORNEYS' EYES ONLY



MICHAEL BROWN - CONFIDENTIAL - ATTORNEYS' EYES ONLY

127

1                    MICHAEL BROWN

2          MR. SCHAPIRO:  -- going to --

3          MR. BALABANIAN:  -- him just yet.

4          MR. SCHAPIRO:  Okay.

5          MR. BALABANIAN:  I just gave it to him.  I'm

6     not asking him about the exhibit yet.

7     BY THE WITNESS:

8          A.  I'm sorry, so --

9     BY MR. BALABANIAN:

10         Q.  So wouldn't you say that the terms are

11    more or less the same across the brands?

12         A.  Yes.

13                    (WHEREUPON, a certain document was

14                    marked Brown Exhibit 5, for

15                    identification.)

16    BY MR. BALABANIAN:

17         Q.  I've handed you what's been marked as

18    Brown Exhibit 5.

19         A.  Okay.

20         Q.  Could you mark it?

21         A.  Yes.

22         Q.  And take your time to review the

23    document --

24         A.  Thank you.

25         Q.  -- to familiarize yourself with it,

MICHAEL BROWN - CONFIDENTIAL - ATTORNEYS' EYES ONLY

128

                        MICHAEL BROWN

1

2    please.

3         A.   Thank you, sir.

4         Q.   You've got to give me one second.  These

5    don't have page numbers on them, so bear with me.

6         A.   Sure.

7         Q.   Do you recognize Brown Exhibit 5,

8    Mr. Brown?

9         A.   I have a -- I know where this is -- come

10   from.

11        Q.   Okay.  Can you tell me what you think it

12   is?

13        A.   This is an XML file containing the

14   different pieces of the terms of service or URL

15   agreement for multiple brands in multiple languages.

16        Q.   Okay.  And are these the terms of service

17   that govern the installation of OSSProxy and

18   MacMeter?

19        A.   It is the terms of service that govern,

20   yes.

21        Q.   Okay.  I'd like to just go through some

22   of the points on it, because I'm very unclear on

23   certain things.

24        A.   Sure.

25        MR. SCHAPIRO:  Objection.

MICHAEL BROWN - CONFIDENTIAL - ATTORNEYS' EYES ONLY

129

                          MICHAEL BROWN

1

2   BY MR. BALABANIAN:

3        Q.   First of all, who would you say these

4   terms of service are between?

5        A.   They're between the analysts and the

6   brand they signed up for.

7        Q.   Okay.  Do you know if comScore is

8   referenced in these terms of service?

9        A.   Do you mind if I take a look, sir?

10       Q.   Sure.  And I'll give you a hint.  In the

11  first paragraph, I know comScore's referenced, so

12  there's one spot, but you can keep looking.

13       A.   There you go, so, yes, comScore is

14  referenced.

15       Q.   And just so you know, I'm going to

16  concentrate on the first six pages of this document.

17       A.   Thank you.  I would struggle with the

18  Chinese version.

19       Q.   As would I.  I have my problems with the

20  English version as well.

21            Do you see in the second paragraph on the

22  very first page, the sentence that says, "While

23  participation in our program will allow us to send

24  you periodic surveys and track information about

25  your online activity, such as where you surf and" --

MICHAEL BROWN - CONFIDENTIAL - ATTORNEYS' EYES ONLY



152

MICHAEL BROWN

MICHAEL BROWN - CONFIDENTIAL - ATTORNEYS' EYES ONLY



MICHAEL BROWN - CONFIDENTIAL - ATTORNEYS' EYES ONLY

244

1    STATE OF ILLINOIS    )

2                         )  SS:

3    COUNTY OF W I L L    )

4

5              I, JENNIFER L. WIESCH, do hereby certify:

6              That I am a duly qualified Certified

7    Shorthand Reporter, in and for the State of

8    Illinois, holder of certificate number 84-4528,

9    which is in full force and effect, and that I am

10   authorized to administer oaths and affirmations;

11             That the foregoing deposition testimony

12   of the herein named witness was taken before me at

13   the time and place herein set forth;

14             That prior to being examined, the witness

15   named in the foregoing deposition was duly sworn or

16   affirmed by me, to testify the truth, the whole

17   truth, and nothing but the truth;

18             That the testimony of the witness and all

19   objections made at the time of the examination were

20   recorded stenographically by me, and were thereafter

21   transcribed under my direction and supervision;

22             That the foregoing pages contain a full,

23   true and accurate record of the proceedings and

24   testimony to the best of my skill and ability;

25             That prior to the completion of the

245

1    foregoing deposition, review of the transcript was

2    requested.

3            I further certify that I am not a

4    relative or employee or attorney or counsel of any

5    of the parties, nor am I a relative or employee of

6    such attorney or counsel, nor am I financially

7    interested in the outcome of this action.

8

9            IN WITNESS WHEREOF, I have subscribed my

10   name this 22nd day of August, 2012.

11

12   _____

13           JENNIFER L. WIESCH, CSR No. 84-4528

14

15

16

17

18

19

20

21

22

23

24

25