IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MIKE HARRIS and JEFF DUNSTAN, individually and on behalf of a class of similarly situated individuals, | ) ) ) ) |
| Plaintiffs, | ) Case No. 1:11–cv–05807 ) |
| v. | ) Hon. James F. Holderman ) |
| COMSCORE, INC., a Delaware corporation, | ) Magistrate Judge Kim ) |
| Defendant. | ) ) ) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Thursday, February 6, 2014, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable James F. Holderman, or any judge sitting in his stead in courtroom 2141 of the Everett McKinley Dirksen Building, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present *Plaintiffs' Motion to File Document Partially Under Seal*, a copy of which is attached hereto and hereby served upon you.

Dated: January 28, 2014

Respectfully submitted,

MIKE HARRIS AND JEFF DUNSTAN,
INDIVIDUALLY AND ON BEHALF OF A CLASS OF
SIMILARLY SITUATED INDIVIDUALS,

By: s/ Rafey S. Balabanian
    One of Plaintiffs' Attorneys

Jay Edelson
jedelson@edelson.com
Rafey S. Balabanian
rbalabanian@edelson.com
Chandler Givens
cgivens@edelson.com
Benjamin S. Thomassen
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.689.6378
*Counsel for Plaintiffs, the Class, and the Subclass*

1

## **CERTIFICATE OF SERVICE**

       I, Benjamin S. Thomassen, an attorney, certify that on January 28, 2014, I served the above and foregoing ***Plaintiffs' Notice of Motion to File Document Partially Seal***, by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                                                s/ Benjamin S. Thomassen