### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MIKE HARRIS and JEFF DUNSTAN, individually and on behalf of a class of similarly situated individuals, | Case No. 1:11-cv-5807 |
| Plaintiffs, | Hon. James F. Holderman |
| v. | Magistrate Judge Young B. Kim |
| COMSCORE, INC., a Delaware corporation, | |
| Defendant. | |

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday, March 11th, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable James F. Holderman, or any judge sitting in his stead in courtroom 2141 of the Everett McKinley Dirksen Building, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present ***Plaintiffs' Motion to File Documents Under Seal***, a copy of which is attached hereto and hereby served upon you.

**MIKE HARRIS and JEFF DUNSTAN**, individually and on behalf of all others similarly situated,

Dated: February 21, 2014

By: s/ J. Dominick Larry
     One of Plaintiffs' Attorneys

Jay Edelson
jedelson@edelson.com
Rafey S. Balabanian
rbalabanian@edelson.com
Benjamin S. Thomassen
bthomassen@edelson.com
J. Dominick Larry
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiffs, the Class, and the Subclass*

## CERTIFICATE OF SERVICE

I, J. Dominick Larry, an attorney, hereby certify that on February 21, 2014, I served the above and foregoing *Notice of Motion* by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

s/ J. Dominick Larry