IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MIKE HARRIS and JEFF DUNSTAN, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>COMSCORE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 1:11-cv-05807<br><br>Hon. James F. Holderman<br><br>Magistrate Judge Young B. Kim |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday, March 11th, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable James F. Holderman, or any judge sitting in his stead in courtroom 2141 of the Everett McKinley Dirksen Building, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present *Plaintiffs' Motion to Withdraw and Correct Their Memorandum of Law in Support of Their Motion for Partial Summary Judgment*, a copy of which is attached hereto and hereby served upon you.

|  |  |
|---|---|
|  | **MIKE HARRIS and JEFF DUNSTAN**, individually and on behalf of all others similarly situated, |
| Dated: February 24, 2014 | By: s/ Benjamin S. Thomassen<br>         One of Plaintiffs' Attorneys |
|  | Jay Edelson<br>jedelson@edelson.com<br>Rafey S. Balabanian<br>rbalabanian@edelson.com<br>Benjamin S. Thomassen<br>bthomassen@edelson.com<br>EDELSON PC<br>350 North LaSalle Street, Suite 1300<br>Chicago, Illinois 60654<br>Tel: 312.589.6370<br>Fax: 312.589.6378 |
|  | *Attorneys for Plaintiffs, the Class, and the Subclass* |

## **CERTIFICATE OF SERVICE**

      I, Benjamin S. Thomassen, an attorney, hereby certify that on February 24, 2014, I served the above and foregoing ***Notice of Motion*** by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                                        s/ Benjamin S. Thomassen