# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Jeff Dunstan, et al.

                        Plaintiff,

v.                                               Case No.: 1:11−cv−05807
                                                    Honorable James F. Holderman

comScore, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 25, 2014:

      MINUTE entry before the Honorable James F. Holderman: Plaintiffs' motion to withdraw and correct their memorandum of law in support of their motion for partial summary judgment [334] is granted. The Clerk of Court is directed to remove Plaintiffs' SEALED DOCUMENT (Memorandum of Law in Support of Plaintiffs' Motion for Partial Summary Judgment) [324] from the docket. Plaintiffs are given leave to file partially under seal their unredacted Corrected Memorandum of Law in Support of Plaintiffs' Motion for Partial Summary Judgment. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.