# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MIKE HARRIS and JEFF DUNSTAN, individually and on behalf of a class of similarly situated individuals,<br><br>        Plaintiffs,<br><br>    v.<br><br>COMSCORE, INC., a Delaware corporation,<br><br>        Defendant. | Case No. 1:11-cv-05807<br><br>Hon. James F. Holderman<br><br>Magistrate Judge Young B. Kim |

## STIPULATED MOTION TO EXTEND SUMMARY JUDGMENT RESPONSE AND REPLY DEADLINES

Plaintiff Mike Harris and Jeff Dunstan ("Plaintiffs") and Defendant comScore, Inc. ("comScore") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and, by agreement, respectfully move the Court to amend its Minute Entry dated March 11, 2014 (Dkt. 337), so as to extend the date for Defendant's response to Plaintiffs' Motion for Summary Judgment (Dkt. No. 321) twenty-eight days to May 6, 2014 and extend the date for Plaintiffs' corresponding reply to May 20, 2014.  The extensions are necessary to allow the parties to continue working toward settlement of the above-captioned matter.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, and subject to the approval of the Court, as follows:

1.  The deadline for Defendant's Response to Plaintiffs' Motion for Summary Judgment (Dkt. No. 321) shall be extended to May 6, 2014; and

2.  The deadline for Plaintiffs' Reply to Plaintiffs' Motion for Summary Judgment (Dkt. No. 321) shall be extended to May 20, 2014.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | **MIKE HARRIS** and **JEFF DUNSTAN**, individually and on behalf of a class of similarly situated individuals, |
| Dated: April 7, 2014 | By: /s/Rafey S. Balabanian<br>     One of Plaintiffs' Attorneys |
|  | Jay Edelson<br>Rafey S. Balabanian<br>Benjamin S. Thomassen<br>Chandler R. Givens<br>EDELSON LLC<br>350 North LaSalle, Suite 1300<br>Chicago, Illinois 60654<br>Telephone: (312) 589-6370<br>Facsimile: (312) 589-6378<br>jedelson@edelson.com<br>rbalabanian@edelson.com<br>bthomassen@edelson.com<br>cgivens@edelson.com |
|  | *Counsel for Plaintiffs and the Class and Subclass* |
| Dated: April 7, 2014 | **comScore, Inc.,** |
|  | By: /s/ Andrew H. Schapiro<br>     One of Defendant's Attorneys |
|  | Andrew H. Schapiro<br>Stephen Swedlow<br>Robyn Bowland<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>500 West Madison St., Suite 2450<br>Chicago, Illinois 60661<br>andrewschapiro@quinnemanuel.com<br>stephenswedlow@quinnemanuel.com<br>amandawilliamson@quinnemanuel.com<br>robynbowland@quinnemanuel.com |
|  | *Counsel for Defendant comScore, Inc.* |

## **SIGNATURE ATTESTATION**

  Pursuant to Section IX(C)(2) of the General Order on Electronic Case Filing, I hereby attest that the content of this document is acceptable to all persons whose signatures are indicated by a conformed signature (/s/) within this e-filed document.

                  /s/ Robyn M. Bowland

## **CERTIFICATE OF SERVICE**

  I, the undersigned, hereby certify that a true and correct copy of the foregoing has been caused to be served on April 7, 2014 to all counsel of record via the Court's ECF notification system.

                  /s/ Robyn M. Bowland