# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MIKE HARRIS and JEFF DUNSTAN, individually and on behalf of a class of similarly situated individuals,<br><br>    Plaintiffs,<br><br>    v.<br><br>COMSCORE, INC., a Delaware corporation,<br><br>    Defendant. | Case No. 1:11-cv-05807<br><br>Hon. James F. Holderman<br><br>Magistrate Judge Young B. Kim |

## STIPULATED MOTION TO EXTEND SUMMARY JUDGMENT RESPONSE AND REPLY DEADLINES

Plaintiffs Mike Harris and Jeff Dunstan ("Plaintiffs") and Defendant comScore, Inc. ("comScore") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and, by agreement, respectfully move the Court to amend its Minute Entry dated April 14, 2014 (Dkt. 340), so as to extend the date for Defendant's response to Plaintiffs' Motion for Summary Judgment (Dkt. No. 321) twenty-eight days to June 3, 2014 and extend the date for Plaintiffs' corresponding reply to June 17, 2014. The extensions are necessary to allow the parties to finalize a settlement agreement in the above-captioned matter. The Plaintiffs have provided comScore a draft settlement agreement, to which comScore has proposed edits. The parties have arrived at an agreement in principle, and will not request any further extensions on the response and reply to Plaintiffs' Motion for Summary Judgment (Dkt. No. 321).

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, and subject to the approval of the Court, as follows:

1. The deadline for Defendant's Response to Plaintiffs' Motion for Summary Judgment (Dkt. No. 321) shall be extended to June 3, 2014; and

2. The deadline for Plaintiffs' Reply to Plaintiffs' Motion for Summary Judgment (Dkt. No. 321) shall be extended to June 17, 2014.

Respectfully submitted,

**MIKE HARRIS** and **JEFF DUNSTAN**,
individually and on behalf of a class of
similarly situated individuals,

Dated: May 5, 2014

By: /s/ Rafey S. Balabanian
    One of Plaintiffs' Attorneys

Jay Edelson
Rafey S. Balabanian
Benjamin S. Thomassen
Chandler R. Givens
EDELSON LLC
350 North LaSalle, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378
jedelson@edelson.com
rbalabanian@edelson.com
bthomassen@edelson.com
cgivens@edelson.com

*Counsel for Plaintiffs and the Class and Subclass*

Dated: May 5, 2014

**comScore, Inc.,**

By: /s/ Andrew H. Schapiro
    One of Defendant's Attorneys

2

>
> Andrew H. Schapiro
> Stephen Swedlow
>
> Quinn Emanuel Urquhart & Sullivan, LLP
> 500 West Madison St., Suite 2450
> Chicago, Illinois 60661
> andrewschapiro@quinnemanuel.com
> stephenswedlow@quinnemanuel.com
>
> *Counsel for Defendant comScore, Inc.*

## SIGNATURE ATTESTATION

  Pursuant to Section IX(C)(2) of the General Order on Electronic Case Filing, I hereby attest that the content of this document is acceptable to all persons whose signatures are indicated by a conformed signature (/s/) within this e-filed document.

                    /s/ Andrew H. Schapiro

## CERTIFICATE OF SERVICE

  I, the undersigned, hereby certify that a true and correct copy of the foregoing has been caused to be served on May 5, 2014 to all counsel of record via the Court's ECF notification system.

                    /s/ Andrew H. Schapiro