# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Jeff Dunstan, et al.

                 Plaintiff,

v.

comScore, Inc.

                 Defendant.

Case No.: 1:11−cv−05807
Honorable James F. Holderman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 6, 2014:

      MINUTE entry before the Honorable James F. Holderman: Parties' stipulated motion to extend summary judgment response and reply deadlines [341] is granted. Defendant's response to Plaintiffs' motion for summary judgment is extended to 6/3/14. Plaintiffs' reply in support is extended to 6/17/14. The court will rule electronically. Motion hearing date of 5/8/14 is stricken. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.