IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MIKE HARRIS and JEFF DUNSTAN, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>COMSCORE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 1:11-cv-05807<br><br>Hon. James F. Holderman<br><br>Magistrate Judge Young B. Kim |

## ORDER GRANTING
## AGREED MOTION TO SUPPLEMENT SETTLEMENT CLASS NOTICE PLAN

Having considered Plaintiffs Mike Harris's and Jeff Dunstan's ("Plaintiffs") Agreed Motion to Supplement Settlement Class Notice Plan (the "Agreed Motion") (Dkt. 354), IT IS HEREBY ORDERED AS FOLLOWS:

1. The Agreed Motion to Supplement Settlement Class Notice Plan is hereby **GRANTED**;

2. The additional print publication notice of the Class Action Settlement Agreement (the "Agreement") identified in the Agreed Motion, (Dkt. 354 ¶ 3)—which is both recommended by the Class Action Settlement Administrator, KCC Class Action Services, and agreed upon by the Parties—is approved; and

3. The three changes to the Long Form Notice identified in the Agreed Motion, (Dkt. 354 ¶ 5), are approved. The Settlement Administrator may utilize the Long Form Notice attached as Exhibit B to the Agreed Motion in effecting notice of the Agreement in this matter.

Dated this 16th day of June, 2014.

_____
JAMES F. HOLDERMAN
UNITED STATES DISTRICT JUDGE