# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JEFF DUNSTAN and MIKE HARRIS, individually and on behalf of a class of similarly situated individuals,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>COMSCORE, INC., a Delaware corporation,<br><br>    *Defendant*. | Case No. 1:11-cv-5807<br><br>Hon. James F. Holderman<br><br>Magistrate Judge Young B. Kim |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE AN ENLARGED BRIEF *INSTANTER*

Plaintiffs Jeff Dunstan and Mike Harris, individually and on behalf of all others similarly situated (collectively "Plaintiffs"), respectfully move the Court pursuant to Local Rule 7.1 for an Order allowing them leave to file *instanter* an enlarged Memorandum of Law in Support of Motion for Approval of Attorneys' Fees, Expenses, and Incentive Award. In support of this motion, Plaintiffs state as follows:

1. Plaintiffs have filed a Memorandum of Law in Support of Motion for Approval of Attorneys' Fees, Expenses, and Incentive Award (Dkt. 358) (the "Memorandum"), requesting that the Court (i) approve the attorneys' fees and expenses as set forth in the Memorandum, and (ii) award the agreed-upon incentive awards to Plaintiffs Mike Harris and Jeff Dunstan.

2. While Plaintiffs have endeavored to keep their briefing as succinct as possible, due to the many elements addressed in the Memorandum—including a history of the litigation, a summary of the work performed on behalf of the Class, and an explanation of the reasons why this Court should approve the requested fees and incentive awards—Plaintiffs require an additional five (5) pages for their Memorandum.

3. Plaintiffs' proposed 20-page Memorandum is filed at Dkt. 358. In accordance with Local Rule 7.1, a Table of Contents and Table of Authorities are included with the Memorandum. Should the Court deny this motion, Plaintiffs will withdraw their Memorandum from the docket and seek leave to file an abbreviated version of the brief.

**WHEREFORE**, Plaintiffs respectfully request that this Court enter an Order granting this motion and permitting the filing of their 20-page Memorandum of Law in Support of Motion for Approval of Attorneys' Fees, Expenses, and Incentive Award, currently filed at Dkt. 358, and such other relief as the Court deems equitable and just.

Dated: August 20, 2014                    Respectfully submitted,

**MIKE HARRIS and JEFF DUNSTAN**,
individually and on behalf of all others similarly situated,

By: s/ Rafey S. Balabanian
     One of Plaintiffs' Attorneys

Jay Edelson
jedelson@edelson.com
Rafey S. Balabanian
rbalabanian@edelson.com
Chandler R. Givens
cgivens@edelson.com
Benjamin S. Thomassen
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I, Rafey S. Balabanian, an attorney, hereby certify that on August 20, 2014, I served the above and foregoing *Plaintiffs' Motion for Leave to File an Enlarged Brief* **Instanter** by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

s/ Rafey S. Balabanian

## CERTIFICATE OF SERVICE

I, Rafey S. Balabanian, an attorney, hereby certify that on August 20, 2014, I served the above and foregoing *Plaintiffs' Motion for Leave to File an Enlarged Brief* **Instanter** by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

s/ Rafey S. Balabanian