IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JEFF DUNSTAN and MIKE HARRIS, individually and on behalf of a class of similarly situated individuals,<br><br>   *Plaintiffs*,<br><br>   v.<br><br>COMSCORE, INC., a Delaware corporation,<br><br>   *Defendant*. | Case No. 1:11-cv-5807<br><br>Hon. James F. Holderman<br><br>Magistrate Judge Young B. Kim |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Wednesday, October 1, 2014 at 1:00 p.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable James F. Holderman, or any Judge sitting in his stead, in Courtroom 1801 of the Everett McKinley Dirksen United States Courthouse, located at 219 South Dearborn Street, Chicago, Illinois, and shall then and there present ***Plaintiffs' Motion for Approval of Attorneys' Fees, Expenses, and Incentive Award***, a copy of which has been served upon you.

Dated: August 20, 2014

Respectfully submitted,

**MIKE HARRIS and JEFF DUNSTAN**,
individually and on behalf of all others similarly situated,

By: s/ Rafey S. Balabanian
  One of Plaintiffs' Attorneys

Jay Edelson
jedelson@edelson.com
Rafey S. Balabanian
rbalabanian@edelson.com
Chandler R. Givens
cgivens@edelson.com

Benjamin S. Thomassen
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

      I, Rafey S. Balabanian, an attorney, hereby certify that I served the above and foregoing *Notice of Motion*, by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system on August 20, 2014.

                                                  s/ Rafey S. Balabanian
                                                   Rafey S. Balabanian